IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROSIE L. DAVIS, ET AL.                                PLAINTIFFS

VS.                        CIVIL ACTION NO. 88-4082

WILLIAM DALE FRANKS, ET AL.                           DEFENDANTS

ORDER GRANTING EXTENSION OF TIME

On Joint Motion of the parties, plaintiff is hereby granted until May 23, 1989 in which to reply to Defendant's Response to Plaintiff's Fee Petition.

_____
U. S. DISTRICT JUDGE

DATE: 19 May, 1989

APPROVED:

_____
JOHN W. WALKER, ATTORNEY FOR
PLAINTIFFS

_____
DAN F. BUFFORD, ATTORNEY FOR
DEFENDANTS

U. S. DISTRICT COURT
WESTERN DIST. ARKANSAS
FILED

MAY 23 1989

CHRIS R. JOHNSON, CLERK
By _____
    Deputy Clerk