IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


ROSIE L. DAVIS, et. al.                                    PLAINTIFFS

vs.                          Civil No. 88-4082

WILLIAM DALE FRANKS, et. al.                               DEFENDANTS


O R D E R

NOW on this __19__ day of June, 1989, comes on for consideration plaintiffs' Motions for Attorneys' Fees, filed on April 20, 1989, in the above-styled cause. And defendants filed a response on May 8, 1989.

For the reasons stated in the accompanying Memorandum Opinion, it is ORDERED that the motion be, and it is hereby, granted, and that attorneys' fees be awarded as follows:

| | |
|---|---:|
| John Walker, Esq. | $22,254.07 |
| Simmons Smith, Esq. | 997.50 |
| David Parker, Esq. | 2,820.00 |
| Jackie Phillips (paralegal) | 495.00 |

HON. MORRIS S. ARNOLD
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DIST. ARKANSAS
F I L E D
JUN 21 1989
CHRIS R. JOHNSON, Clerk
By Karen D. Ford
Deputy Clerk

This document entered on docket in compliance with Rule 58 and 79(a) FRCP
on 6/21/89 by Karen D. Ford