IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROSIE L. DAVIS, et al.                                    PLAINTIFFS

      v.            Civil No. 88-4082

WILLIAM DALE FRANKS, et al.                               DEFENDANTS

## O R D E R

NOW on this ____4____ day of August, 1989, comes on for consideration plaintiffs' Motion for Preliminary Injunction, filed on August 1, 1989, in the above-styled cause. Plaintiffs urge the court "to enjoin defendant Board of Education from executing a contract for employment of a superintendent until it develops and applies reasonably related criteria to the selection process." Motion for a Preliminary Injunction, at 1.

    Counsel for plaintiffs has informed the court that the Board of Education has already executed a contract for employment of a superintendent. The court therefore finds that the motion for a preliminary injunction is moot.

    Accordingly, it is ORDERED that the motion be, and it is hereby, denied.

                                             HON. MORRIS S. ARNOLD
                                             UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DIST. ARKANSAS
FILED
AUG 07 1989
CHRIS R. JOHNSON, CLERK
By _____ Deputy Clerk

AO 72A
(Rev. 8/82)