IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROSIE L. DAVIS, ET AL                                           PLAINTIFF

     v.            Civil No. 88-4082

WILLIAM DALE FRANKS, ET AL                                      DEFENDANTS

### O R D E R

NOW on this ___14___ day of November, 1989, comes on for consideration the above-styled cause.

Counsel having advised that this matter has been settled, it is ORDERED that the complaint be, and it is hereby, dismissed subject to the terms of the settlement agreement. If any party desires that the terms of settlement be a part of the record herein, those terms should be reduced to writing and filed with the court within 30 days from the date of filing of this order.

The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that settlement has not been completed and that further litigation is necessary.

                                HON. MORRIS S. ARNOLD
                                UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DIST. ARKANSAS
F I L E D

NOV 1 6 1989

CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK

AO 72A
(Rev. 8/82)