IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROSIE L. DAVIS, *et al.*                                                         PLAINTIFFS

v.                        Case No. 4:88-cv-4082

WILLIAM DALE FRANKS, *et al.*                                     DEFENDANT

## ORDER

Before the Court is a Motion for Limited Intervention filed by the Arkansas Department of Education. ECF No. 104. The Arkansas Department of Education seeks to intervene in this case pursuant to Rule 24(b)(2) of the Federal Rules of Civil Procedure. Plaintiffs and Defendant Hope School District have filed responses in opposition to the motion. ECF Nos. 110, 112. The Arkansas Department of Education has filed a reply. ECF No. 113. Upon consideration, the Court finds that the Motion to Intervene (ECF No. 104) should be and hereby is **GRANTED.**

The Arkansas Department of Education is permitted to intervene in this case pursuant to Federal Rule of Civil Procedure 24(b)(2) for the limited purpose of opposing the Motion for Declaratory Judgment (ECF No. 99). The Arkansas Department of Education shall file its response to the Motion for Declaratory Judgment on November 10, 2017.

**IT IS SO ORDERED**, this 9th day of November, 2017.

                                                                        /s/ Susan O. Hickey
                                                                        Susan O. Hickey
                                                                        United States District Judge