IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROSIE L. DAVIS, *et al.*                                                                    PLAINTIFFS

v.                           Case No. 4:88-cv-4082

WILLIAM DALE FRANKS, *et al.*                                                           DEFENDANTS

ARKANSAS DEPARTMENT OF EDUCATION and
ARKANSAS STATE BOARD OF EDUCATION                                              INTERVENORS

## ORDER

Before the Court is a Motion to Relieve Co-Counsel filed by Intervenors Arkansas Departmemt of Education and Arkansas State Board of Education (the "ADE" and "SBE"). (ECF No. 175). The Court finds that no response is necessary.

The ADE and SBE state that Monty V. Baugh is no longer assigned to this case and, accordingly, request that the Court relieve him as co-counsel in this matter. The ADE and SBE further state that they will continue to be represented by other attorneys who have already entered appearances in this matter.

Upon consideration, the Court finds that the instant motion (ECF No. 175) should be and hereby is **GRANTED**. Monty V. Baugh is hereby relieved as co-counsel of record for the ADE and SBE. The Clerk of Court is directed to remove Mr. Baugh from the CM/ECF notification system for this case. The ADE and SBE will continue to be represented by their other attorneys of record.

**IT IS SO ORDERED**, this 10th day of December, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge