IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROSIE L. DAVIS, *et al.*                                                            PLAINTIFFS

v.                              Case No. 4:88-cv-4082

WILLIAM DALE FRANKS, *et al.*                                                       DEFENDANTS

ARKANSAS DEPARTMENT OF EDUCATION and
ARKANSAS STATE BOARD OF EDUCATION                                                   INTERVENORS

## **ORDER**

Before the Court is Plaintiffs' Motion to Adopt Response to Motion for Stay Pending Appeal. (ECF No. 185). The Court finds that no response is necessary.

On February 15, 2019, Intervenors Arkansas Department of Education and Arkansas State Board of Education (the "ADE and SBE") filed a motion to stay the Court's modification order dated January 17, 2019, pending the resolution of the ADE and SBE's appeal of the same. On March 1, 2019, Defendant Hope School District ("Hope") filed a response in opposition to that motion. On March 4, 2019, Plaintiffs filed the instant motion, asking the Court for leave to adopt by reference Hope's response and brief opposing the ADE and SBE's motion to stay.

Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, Plaintiffs' motion (ECF No. 185) is hereby **GRANTED**. The Court shall treat Hope's response and brief as having been adopted by reference by Plaintiffs.

**IT IS SO ORDERED**, this 5th day of March, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge