# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-1340

United States of America

Appellee

v.

Junction City School District, et al.

Appellees

v.

Arkansas Department of Education and Arkansas State Board of Education

Appellants

------------------------------

Lance Harrison

Amicus Curiae

Brittany Harrison, et al.

Amici on Behalf of Appellant(s)


No: 19-1342

Rosie L. Davis

Appellee

v.

William Dale Franks

Appellee

v.

Arkansas Department of Education, The and Arkansas State Board of Education, The

Appellants

------------------------------

Lance Harrison

Amicus Curiae

Brittany Harrison, et al.

Amici on Behalf of Appellant(s)

No: 19-1348

Mary Turner, Individually and as next friend of Torrance Turner, a minor, et al.

Appellees

v.

Lafayette County School District

Appellee

Larry Hudson, Individually and in his official capacity as Superintendent of Schools for the Lewisville School District No. 1, A Public Body Corporate, et al.

v.

Arkansas Department of Education and Arkansas State Board of Education

Appellants

------------------------------

Lance Harrison

Amicus Curiae

Brittany Harrison, et al.

Amici on Behalf of Appellant(s)

No: 19-1349

Larry Milton, on behalf of Himself and Infants Shanna Milton and Shana Milton, by next friend Shanna Milton, by next friend Shana Milton, et al.

Appellees

Lee Nayles, Dr.; on Behalf of Himself and Infant Jon Nayles, by next friend Jon Nayles

Terry Alexander

Appellee

v.

Bill Clinton, Governor of the St. of AR; Individually

Arkansas State Board of Education, The and Arkansas State Board of Education, The Members of the

Appellants

Jeff Starling, Member, Arkansas State Board of Education, et al.

v.

Camden, AR Fairview School District, A Public Body Corporate

Appellee

------------------------------

Lance Harrison

Amicus Curiae

Brittany Harrison, et al.

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the Western District of Arkansas - El Dorado
(1:66-cv-01095-SOH)
(4:88-cv-04082-SOH)
(4:92-cv-04040-SOH)
(1:88-cv-01142-SOH)

---

**ORDER**

Appellees' motions for appellate fees and costs are denied. It is further ordered that the matter be remanded to the United States District Court for the Western District of Arkansas for consideration of the District Court fees and costs.

November 16, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
          /s/ Michael E. Gans