IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROSIE L. DAVIS, *et al.*                                                                 PLAINTIFFS

v.                                    Case No. 4:88-cv-4082

WILLIAM DALE FRANKS, *et al.*                                                      DEFENDANTS

ARKANSAS DEPARTMENT OF EDUCATION and
ARKANSAS STATE BOARD OF EDUCATION                                       INTERVENORS

## ORDER

Before the Court are Motions for Enlargement of Time to File Motion for Attorneys' Fees, which have been filed by the Hope School District and Plaintiffs. ECF Nos. 189, 190. Intervenors have filed a response in opposition to the motion. ECF No. 192. Plaintiffs and the Hope School District have filed a joint reply. ECF No. 194. The matter is ripe for consideration by the Court.

Because the Hope School District and Plaintiffs are not prevailing parties in this litigation, the Court finds that they are not entitled to an award of attorneys' fees and costs. Accordingly, the Motions for Enlargement to File Motion for Attorneys' Fees (ECF Nos. 189, 190) are **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 8th day of March, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge