


# Hope School District
## School Board Zones Overview - Option 2
Map Created: November 16, 2021



Although created with data believed to be correct, provided by the Hope School District, the United States Census Bureau and the State of Arkansas, neither the accuracy nor completeness of this map and associated data is guaranteed or warranted in any manner.

### Population Statistics

| Zone | Population | % Deviation | %White | %Black | %Hispanic | %Amindian | %Asian | %Hawaiian | %Other | % 2+ Races | 18 + | 18+ % Deviation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2001 | 0.38% | 18.04% | 46.73% | 31.73% | 0.20% | 0.35% | 0.10% | 0.00% | 2.85% | 1453 | -1.26% |
| 2 | 1899 | -4.74% | 77.25% | 10.85% | 7.06% | 0.26% | 0.37% | 0.00% | 0.32% | 3.90% | 1497 | 1.73% |
| 3 | 1956 | -1.88% | 20.35% | 49.69% | 25.97% | 0.31% | 0.20% | 0.10% | 0.15% | 3.22% | 1348 | -8.40% |
| 4 | 1980 | -0.67% | 38.54% | 35.05% | 22.22% | 0.20% | 0.25% | 0.00% | 0.25% | 3.48% | 1441 | -2.08% |
| 5 | 2087 | 4.69% | 47.87% | 31.43% | 16.44% | 0.34% | 0.57% | 0.00% | 0.43% | 2.92% | 1472 | 0.03% |
| 6 | 1996 | 0.13% | 58.72% | 27.56% | 9.62% | 0.70% | 0.15% | 0.00% | 0.35% | 2.91% | 1533 | 4.17% |
| 7 | 2035 | 2.09% | 38.87% | 41.18% | 14.40% | 0.88% | 0.79% | 0.00% | 0.15% | 3.73% | 1557 | 5.81% |

EXHIBIT A




# Hope School District
## School Board Zones Option 2 - Zone 1
Map Created: November 16, 2021



Although created with data believed to be correct, provided by the Hope School District, the United States Census Bureau and the State of Arkansas, neither the accuracy nor completeness of this map and associated data is guaranteed or warranted in any manner.

Sources: Esri, HERE, Garmin, Japan, METI, Esri China (Hong Kong), OpenStreetMap contributors, and the GIS User Community

EXHIBIT A



# Hope School District

School Board Zones Option 2 - Zone 2

Map Created: November 16, 2021

Although created with data believed to be correct, provided by the Hope School District, the United States Census Bureau and the State of Arkansas, neither the accuracy nor completeness of this map and associated data is guaranteed or warranted in any manner.

Sources: Esri, HERE, Garmin, USGS, ... Japan, METI, Esri China (Hong Kong) ... OpenStreetMap contributors, and the GIS User Community

EXHIBIT A

# Hope School District

School Board Zones Option 2 - Zone 3

Map Created: November 16, 2021

EFS GeoTechnologies

Although created with data believed to be correct, provided by the Hope School District, the United States Census Bureau and the State of Arkansas, neither the accuracy nor completeness of this map and associated data is guaranteed or warranted in any manner.

EXHIBIT A

# Hope School District

School Board Zones Option 2 - Zone 4

Map Created: November 16, 2021

EFS GeoTechnologies

Although created with data believed to be correct, provided by the Hope School District, the United States Census Bureau and the State of Arkansas, neither the accuracy nor completeness of this map and associated data is guaranteed or warranted in any manner.

Sources: Esri, HERE, Garmin, Japan, METI, Esri China (Hong OpenStreetMap contributors, and the GIS User Community

EXHIBIT A





# Hope School District

## School Board Zones Option 2 - Zone 5

Map Created: November 16, 2021

Although created with data believed to be correct, provided by the Hope School District, the United States Census Bureau and the State of Arkansas, neither the accuracy nor completeness of this map and associated data is guaranteed or warranted in any manner.

EXHIBIT A

# Hope School District

School Board Zones Option 2 - Zone 6

Map Created: November 16, 2021

EFS GeoTechnologies

Although created with data believed to be correct, provided by the Hope School District, the United States Census Bureau and the State of Arkansas, neither the accuracy nor completeness of this map and associated data is guaranteed or warranted in any manner.

Sources: Esri, HERE, Garmin, USGS, Intermap, I... Japan, METI, Esri China (Hong Kong), Esri Korea... OpenStreetMap contributors, and the GIS User Community

EXHIBIT A

N W E S

# Hope School District

School Board Zones Option 2 - Zone 7

Map Created: November 16, 2021

EFS GeoTechnologies

Although created with data believed to be correct, provided by the Hope School District, the United States Census Bureau and the State of Arkansas, neither the accuracy nor completeness of this map and associated data is guaranteed or warranted in any manner.

EXHIBIT A