**CERTIFIED COPY OF THE RESOLUTION OF THE BOARD OF EDUCATION OF
HOPE SCHOOL DISTRICT OF HEMPSTEAD COUNTY
ADOPTED AT THE BOARD'S REGULAR MEETING OF OCTOBER 18, 2021**

WHEREAS, HSD is currently operating under a federal court order enforcing school desegregation and has a zoned board of directors that meets the requirements of the federal Voting Rights Act of 1965;

WHEREAS, pursuant to state law, prior board resolutions, and the district's federal court orders regarding desegregation, the board currently has seven single-member zones;

WHEREAS, HSD's board zones were last revised by board action on June 11, 2012 and were approved by the federal court by order entered May 13, 2013;

WHEREAS, Arkansas Code Annotated § 6-13-631 requires that the qualified electors of a school district having a ten percent or greater minority population out of the total population, as reported by the most recent federal decennial census, shall elect the members of the board of directors in compliance with the federal Voting Rights Act of 1965;

WHEREAS, Superintendent Crossley has engaged EFS GeoTechnologies, a company that provides demography services, in order to determine both the total population and the minority population of the district;

WHEREAS, because EFS's work is not yet complete, the district does not presently have exact population counts, but the district has in years past had a minority population well over ten percent, and it is undisputed that Ark. Code Ann. 6-13-631(a) applies to the district;

WHEREAS, because of the federal court order regarding desegregation and the board's compliance with the Voting Rights Act, HSD is exempt from the provision set forth in § 6-13-631 that requires all members to stand for election during the May 2022 school board election;

WHEREAS, Superintendent Crossley has directed EFS to prepare a new board zone map (or multiple options for a new map) to be used in school board elections beginning in May 2022 and containing seven zones, with total population and population by race listed for each zone, and with substantially equal total population in each zone;

WHEREAS, in compliance with state and federal law, following receipt of the new map(s) from EFS, zones will be reestablished in accordance with the total population evidenced by the decennial census, the Voting Rights Act, and the relevant provisions of HSD's desegregation orders;

WHEREAS, each board member currently serves a three-year term;

WHEREAS, the current election schedule for HSD board members is as follows:

- Candidates for zones 4, 6, and 7 will be up for election at the May 2022 school board election;

1

EXHIBIT B

- Zone 3 is also scheduled to be up for election at the May 2022 school board election due to the fact that Margaret Moss did not run for reelection in May 2021, no one filed to replace her, and therefore by operation of law she remained on the board for one additional year;

- Candidates for zone 1 are scheduled to be up for election at the May 2023 school board election; and

- Candidates for zones 2 and 5 are scheduled to be up for election at the May 2024 school board election.

WHEREAS, Ark. Code Ann. 6-13-631(d)(2) requires board members to serve five-year terms, with an equal number of positions filled each year and not more than two members' terms expiring each year, when possible;

WHEREAS, HSD intends to convert from three-year terms to five-year terms on the following schedule, which meets the statutory requirement that, when possible, an equal number of positions should be filled each year and not more than two members' terms expire each year:

- Candidates for zones 3, 4, 6, and 7 will stand for election at the May 2022 school board election; following the election, the newly elected board members will draw lots to determine the length of their terms, with two board members receiving a five-year term that will expire in 2027, one board member receiving a four-year term that will expire in 2026, and one board member receiving a three-year term that will expire in 2025;

- Candidates for zone 1 will stand for election at the May 2023 school board election and will serve a five-year term expiring in 2028;

- Candidates for zones 2 and 5 will stand for election at the May 2024 school board election and will serve a five-year term expiring in 2029;

WHEREAS, following receipt of the new map(s) from EFS, HSD intends to seek federal court approval of the reestablished zones and the conversion from three-year to five-year terms for all board members;

WHEREAS, as soon as practicable following receipt of maps from EFS, the board will vote on and approve new board zones and direct Superintendent Crossley to begin the process for obtaining approval of the new zones and terms from the federal court and the Hempstead County Election Commission;

WHEREAS, the board hereby authorizes the election of members from seven zones as described herein beginning with the May 2022 election and continuing thereafter;

NOW THEREFORE, let it be so enacted by majority vote of the board of directors this 18th day of October, 2021.

2

EXHIBIT B

Board President

Board Secretary

Superintendent

## CERTIFICATION

The undersigned, Kathryn Dickinson, Secretary of the Board of Education of Hope School District of Hempstead County, Arkansas, hereby certifies that the above and foregoing resolution was considered and adopted by said board at its regular meeting of October 18, 2021.

Kathryn Dickinson, Board Secretary

3

EXHIBIT B

HEMP CO CLERK K.SMITH
DEC 8 '21 AM8:1S

# CERTIFIED COPY OF THE RESOLUTION OF THE BOARD OF EDUCATION OF
## HOPE SCHOOL DISTRICT OF HEMPSTEAD COUNTY
### ADOPTED AT THE BOARD'S SPECIAL MEETING OF NOVEMBER 18, 2021

WHEREAS, HSD is currently operating under a federal court order enforcing school desegregation and has a zoned board of directors that meets the requirements of the federal Voting Rights Act of 1965;

WHEREAS, pursuant to state law, prior board resolutions, and the district's federal court orders regarding desegregation, the board currently has seven single-member zones;

WHEREAS, HSD's board zones were last revised by board action on June 11, 2012, and the federal court approved those zones by Order entered May 3, 2013;

WHEREAS, Arkansas Code Annotated § 6-13-631 requires that the qualified electors of a school district having a ten percent or greater minority population out of the total population, as reported by the most recent federal decennial census, shall elect the members of the board of directors in compliance with the federal Voting Rights Act of 1965;

WHEREAS, Hope School District's (HSD's) decennial census revealed that HSD's total population, expressed as a percentage of racial groups, is 34.8% Black, 18.2% Hispanic, and 47.0% non-Black or Hispanic;

WHEREAS, the Board previously approved a resolution by a vote of 6-0 at the Board's regular meeting of October 18, 2021, declaring HSD exempt from § 6-13-631, including but not limited to its provision that all members must stand for election during the May 2022 school board election;

WHEREAS, the October 18, 2021, resolution also set forth the Board's intention to convert from three-year to five-year board terms on a schedule which meets the statutory requirements found in Ark. Code Ann. 6-13-631(d)(2), specifically, that, when possible, an equal number of positions should be filled each year and not more than two members' terms expire each year;

WHEREAS, the October 18, 2021, resolution also authorized the election of members from seven zones as described therein, beginning with the May 2022 election and continuing thereafter;

WHEREAS, in compliance with state and federal law, zones have been reestablished as evidenced by the attached map received from EFS GeoTechnologies on November 16, 2021, with seven zones having substantially equal total population in each zone, and these zones will be used in school board elections beginning in May 2022;

WHEREAS, the Board now directs Superintendent Crossley to obtain approval of the new zones from the Hempstead County Election Commission, County Clerk, and any other governmental entity as needed;

NOW THEREFORE, let it be so enacted by majority vote of the board of directors this 18th day of November, 2021.

1

EXHIBIT B

Board President

Board Secretary

Superintendent

## CERTIFICATION

The undersigned, Kathryn Dickinson, Secretary of the Board of Education of Hope School District of Hempstead County, Arkansas, hereby certifies that the above and foregoing resolution was considered and adopted by said board at its special meeting of November 18, 2021.

Kathryn Dickinson, Board Secretary

2

EXHIBIT B