IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**ROSIE L. DAVIS, ET AL**  **PLAINTIFFS**

**v.**  **CASE NO. 4:88-CV-4082**

**WILLIAM DALE FRANKS, ET AL**  **DEFENDANTS**

## CONSENT ORDER

Before the Court is a Joint Motion for Approval of School Board District Rezoning filed on behalf of Hope School District No. 1A of Hempstead County, Arkansas ("HSD") and the Plaintiffs, Rosie L. Davis, et al. (ECF No. 199).

The parties jointly request that the Court approve the Option 2 maps approved by the Board of Directors for HSD on November 18, 2021. Option 2 provides for the redrawing of districts for HSD school board positions in accordance with Ark. Code Ann. § 6-13-631 and provides for a seven-person school board in accordance with Ark. Code Ann. § 6-13-634. The resolution adopted by the HSD Board converts school board terms from three years to five years in accordance with Ark. Code Ann. §§ 6-13-608 and 6-13-631(d)(2).

Upon consideration, the Court finds that the motion should be and hereby is GRANTED. The Court adopts the consent decree agreed to by Plaintiffs and Defendants in their joint motion. The Court approves Hope School District's action in changing its governance to a seven-member board elected from single member districts with the specific election zones identified in Option 2 in the joint motion. The term length of individual board members will be five years, with five-year terms beginning in May 2022 for the candidates elected in zones 3, 4, 6, and 7, in May 2023 for the candidates elected in zone 1, and in May 2024 for the candidates elected in zones 2 and 5, as set forth in the October 18, 2021 resolution adopted by the HSD Board.

The Court shall continue to exercise jurisdiction over HSD until it finds that HSD should be released from Court supervision.

**IT IS SO ORDERED**, this _____ day of _____, 2022.

_____
Susan O. Hickey
United States District Judge

2