A RESOLUTION APPROVING SUBMISSION OF GRANT APPLICATION PURSUANT TO THE FEDERAL MAGNET SCHOOLS ASSISTANCE PROGRAM

WHEREAS, the Magnet Schools Assistance Program (MSAP) makes federal funding available through a competitive grant application process for school districts to implement new or significantly revised magnet schools and programs for the 2022-2023 through 2027-2028 school years; and

WHEREAS, to be eligible for MSAP funding, school districts must ensure that MSAP grant applications address the six purposes of the MSAP and meet all other requirements of the MSAP; and

WHEREAS, the six purposes of the MSAP are designed to: eliminate, reduce or prevent minority group isolation, bring students of different backgrounds together, assist school districts in achieving systemic reforms, provide all students the opportunity to meet challenging State content standards and challenge State performance standards and increase choices in school districts; and

WHEREAS, school districts applying for MSAP funding may request up to $15 million across the five years of the grant; and

WHEREAS, MSAP grant applications must be submitted to the United States Department of Education; and

WHEREAS, the Hope Public School District (HPS) has developed a MSAP grant application for the 2022-2023 through 2027-2028 school years that addresses the MSAP purposes and meets other MSAP requirements; and

WHEREAS, the MSAP application builds on and improves the choice process that HPS currently uses in assigning students to schools;

WHEREAS, the HPS MSAP application provides that the HPS will create five new magnet schools (two elementary, two middle, and one high school); and

WHEREAS, the HPS is requesting approximately $ 15 million to implement the proposed magnet programs; and

WHEREAS, as required by MSAP requirements, the Superintendent recommends that the Board adopt this resolution, that he be authorized by the School Board of HPS to submit the MSAP grant application to the United States Department of Education, and that, if funded, he be authorized to implement the magnet programs provided for in the grant application.

NOW, THEREFORE, BE IT RESOLVED BY THE SCHOOL BOARD OF HOPE PUBLIC SCHOOL DISTRICT IN HEMPSTEAD COUNTY, ARKANSAS

That the Hope Public School District in Hempstead County, Arkansas, hereby adopts this resolution and authorizes the Superintendent to submit the MSAP grant application to the United States Department of Education and to implement the provisions of the grant application if the HPS is awarded MSAP funding.

APPROVED and ADOPTED on this 18 day of April, 2022

Approved:

_____
(Authorized Representative)

_____
(Authorized Representative)

### 3. Magnet Schools Assistance Program Assurances

In accordance with section 4405(b)(2) of the ESSA, the applicant hereby assures and certifies that it will—

*(A) use grant funds under this part for the purposes specified in section 4401(b);*

*(B) employ highly qualified teachers in the courses of instruction assisted under this part;*

*(C) not engage in discrimination based on race, religion, color, national origin, sex, or disability in the hiring, promotion, or assignment of employees of the applicant or other personnel for whom the applicant has any administrative responsibility;*

*(D) not engage in discrimination based on race, religion, color, national origin, sex, or disability in the assignment of students to schools, or to courses of instruction within the schools, of such applicant, except to carry out the approved plan;*

*(E) not engage in discrimination based on race, religion, color, national origin, sex, or disability in designing or operating extracurricular activities for students;*

*(F) carry out a high-quality education program that will encourage greater parental decision-making and involvement; and*

*(G) give students residing in the local attendance area of the proposed magnet school program equitable consideration for placement in the program, consistent with desegregation guidelines and the capacity of the applicant to accommodate the students.*

\* \* \* \* \* \* \* \* \* \* \* \*

If the applicant has an approved desegregation plan, the applicant hereby assures and certifies that it is implementing that desegregation plan as approved.

_____    4/18/22
Signature of Authorized       Date
Representative
Jonathan Crossley / Superintendent
Printed Name & Title of Authorized Representative: