**Introduction**

Hope Public Schools (HPS) of Hope, AR is applying for a Magnet Schools Assistance Program (MSAP) Grant from the U.S. Department of Education, Office of Innovation and Improvement under the following competitive priorities: 1. Need for assistance, 2. New or revised magnet school projects and strengths of evidence to support proposed projects, 3. Selection of students, 4. Increasing racial integration and socioeconomic diversity, and 6. Supporting a Diverse Educator Workforce and Professional Growth to Strengthen Student Learning. The proposed Hope MSAP seeks to create a **K-12 STEAM (Science, Technology, Engineering, Art and Mathematics) and public service pathway** in a low income, primarily African American and Hispanic school district.  HPS is requesting funding from the MSAP to convert five schools into this new magnet pathway called the ***Pathways to Hope Project***:  Clinton Primary School (preK-4), Beryl Henry Elementary (5-6), Yerger Middle School (7-8), Hope Academy of Public Service (5-8) and Hope High School (9-12).  Each campus will utilize a whole school magnet approach to ensure that all students have full access to program components.

The ***Pathways to Hope Project*** creates a "cradle to college and career" system of schools and supports.  The proposed project schools will implement innovative "Kids First" strategies to ensure that all students have the resources and experience necessary for success.   Woven throughout the schools is the emphasis on connections with families from birth to graduation to create the environment necessary for all students to succeed in life.  HPS will partner with local hospitals and the Department of Health and Human Services to welcome and encourage parents from the birth of their child by providing training and education for families in child development.  Home to School Advisors housed at Clinton Primary School will coordinate a series of annual family nights focused on topics such as child development, executive function skills,

school readiness, college and career fairs, health and community resources, family literacy and technology training.  All HPS graduates will leave with an associate's degree or skilled industry certification providing the tools to start building new generational wealth.

The *Pathways to Hope Project* will juxtapose rigorous and dynamic academic experiences using STEAM-centered and public service learning within hands-on, high-tech environments, student leadership development, and individual wellness to personalize student learning throughout the school experience. HPS educators will become facilitators of learning to help students as they develop intellectual and social skills. This emphasis on learning pathways will take HPS to a new level of excellence.  When students enter Hope High School, they will have had the essential arts, STEAM, and public service learning experiences during the elementary and middle school years to understand their talents and help each student identify their best personal pathway for success.

In 2016, HPS established the Hope Academy of Public Service, a service oriented middle school with rigorous entrance criteria, and the Hope Collegiate Academy at Hope High School. These programs have been successful in bringing non-minority and affluent students back to the district.  However, space is limited in these programs.  Hope Academy of Public Service enrollment is limited to 220 students and Hope Collegiate Academy enrollment is limited to under 100 students.  HPS knows that **all students** deserve access to a high-quality education that prepares them for college and career.  HPS has experienced increased parental demand for these specialized learning programs that engage students in more than rote learning.  HPS's *Pathways to Hope Project* will be the district's next step toward continuous improvement of enhanced and meaningful learning for all students as five schools embrace STEAM and public service learning which rich connections to the community.

**Background**

Located in southwestern Arkansas directly off Interstate 30, Hope is approximately 36 miles northeast of the Texarkana metropolitan area, and it is 112 miles southwest of Little Rock, the Arkansas state capitol.  Hope is located in Hempstead County and is frequently recognized for two things – being the birthplace of former president, Bill Clinton, and hosting an annual Watermelon Festival.  The per capita income for the city in the 2020 census was $21,715, which is considerably lower than the per capita income for the state ($27,724) and the country ($35,384). It is estimated that over a quarter of Hope's population is living in poverty.  The current increased cost of living, leads many Hope young people into low paying jobs right out of high school. However, there are many industries that offer positions that would provide a much higher standard of living.  The top employers in the Hope area include Tyson Foods, Hope School District, Southern Bakeries, New Millennium Building Systems, and Wadley Regional Medical Center of Hope (Arkansas Economic Development Commission, 2016).  University of Arkansas Hope-Texarkana, Texas A&M-Texarkana, Southern Arkansas University, and Texarkana College, are all located within a 40-mile radius and offer opportunities to continue education for a wide variety of responsible positions in the area.

According to the 2020 U.S. Census, Hope, Arkansas has a population of 34% White, 44% Black, and 20% Hispanic.  HPS's Black student population is 44%, Hispanic student population is 33% and its white population is 19%.   The school district's Hispanic percentage is increasing, even as the city's Hispanic population remains stable (21% in 2010 Census). HPS white families are leaving the district to enroll in surrounding majority white public schools that are perceived as higher performing, and others are leaving to enroll in private and parochial schools in the region. From 2015 until 2019, district enrollment dropped by 10% (from 2501 to 2239).

| School | Black/Multi Enrollment | Hispanic Enrollment | White Enrollment | Low SES Enrollment | Total Enrollment |
|---|---|---|---|---|---|
| Clinton Primary (K-4) | 437 (49%) | 277 (31%) | 175 (19%) | 88% | 893 |
| Beryl Henry Elem. (5-6) | 121 (60%) | 49 (24%) | 31 (15%) | 89% | 201 |
| Yerger Middle (7-8) | 118 (53%) | 72 (32%) | 34 (15%) | 80% | 224 |
| Hope Academy of Public Service (5-8) | 52 (24%) | 106 (48%) | 58 (26%) | 84% | 220 |
| Hope High (9-12) | 277 (44%) | 225 (36%) | 125 (20%) | 73% | 630 |

The HPS school board has determined that an aggressive change needs to take place to stop the loss of student enrollment. HPS seeks to utilize the magnet school concept as a systemic reform model, to upgrade its schools in order to reduce minority group isolation as well as to improve academic achievement. HPS has seen success in its pilot implementation of the magnet model – with the establishment of the Hope Academy of Public Service and the Hope Collegiate Academy. Since the Hope Collegiate Academy was created there has been a 2% increase in both white enrollment and total enrollment in the district. This provides promising evidence that the magnet school model is an appealing option to families. The success of students at HAPS and in the Hope Collegiate Academy is now fueling parents' desires for expansion of high-quality education for all students. This MSAP project is designed to enhance and replicate the effective teaching strategies and techniques inherent in personalized learning from the elementary up through the high school,

while also enabling all students to take have access to an associate's degree or industry credential once they reach the high school years.

According to https://myschoolinfo.arkansas.gov/, HPS is a **small-town district of 2201 students** in kindergarten through 12th grade with **82% of students being identified as low income**. There are over **500 private school students** in the area, with enrollment of **Whites averaging 80% or higher** in most of the private schools. Four small districts surrounding HPS have enrollments of just over 2200 students in the K-12 grades. Spring Hill School District is 88% White, Blevins School District is 67% White, Nevada School District is 68% White, and Prescott School District is 52% White. HPS has struggled with the effects of White-flight to surrounding towns, as evidenced by these four community districts. This is only going to get worse, as outside districts are now actively recruiting students away from Hope. These four school districts do not have any special programs or resources; but what they do have is the perception that they are safer.

Over the past 5 years students have started returning to HPS because of the pilot programs in place. Public perception is slowly changing; but at the 5th grade transition, many families are still at risk of leaving if they do not receive the placement they desire. With this district-wide magnet project, many will stay (or return) if they feel confident that the academic programs in the upper elementary school, middle school, and high school are safe, rigorous, and inviting. In order to directly address, reduce and/or eliminate minority group isolation and increase school choice for families, HPS is creating and will heavily market this innovative opportunity for ALL students in the greater Hope area through the proposed MSAP project. There is a strong educational value in students from all ethnicities, races, and socio-economic levels growing up together in safe and secure academic environments. The HPS School Board supports the vision of this magnet project,

as well as HPS's approved Desegregation Plan Resolution (see *Board Resolution and Assurances* in appendix).

This magnet project will enable HPS to put into place programs to improve academic achievement for all students and market these schools in order to recruit families. HPS also recognizes that there are students sitting 'on the bubble,' as well as other students languishing but not really flourishing, whose lives could be forever changed for the better with this magnet project. This STEAM and public service learning magnet theme was carefully crafted to provide rigorous reading, mathematics and science instruction that is accessible in meaningful ways and promotes critical thinking, reasoning, and lasting understanding. Partnerships, internships, and in-class experiences will make this magnet strand relevant and rigorous.

## Key Initiatives

Hope Public Schools is requesting $15 million over the five-year grant period (2022/2023- $3,284,741.00, 2023/2024- $3,251,241.00, 2024/2025- $2,869,247.00, 2025/2026- $ 2,794,647.00, 2026/2027- $ 2,800,111.00).   As described in various responses to the MSAP selection criteria, the planning process for the development of theme-based magnet programs is well under way, but an infusion of resources provided by MSAP is required to bring these unique educational programs to fruition and support efforts to provide more diverse learning environments for the students attending these schools. Funding from the MSAP will support the following critical initiatives:

- **Designing and implementing exciting, rigorous educational opportunities that will attract the population of families we are trying to recapture into our public schools**

Curriculum development around the magnet themes will revitalize teaching and learning at each school, making it more attractive to a diverse population of students and families, and will

enable magnet school students to meet challenging academic standards. HPS has requested funds to provide sufficient time for magnet school teachers to engage in curriculum development activities both during and after school, which will be guided and supported by the full-time, MSAP-funded Magnet Director as well as an array of external partners. The site-based, MSAP-funded Magnet Coordinators, in collaboration with classroom teachers and other school-based staff, will develop, enhance, and strengthen the magnet themes at their schools, including developing or modifying theme-related enrichment and curricular materials to be aligned with the Arkansas State Board of Education's academic standards (including the K-12 Computer Science Standards), the Next Generation Science Standards (NGSS), the International Society for Technology in Education (ISTE) Standards, and the National Arts Standards.

- **Carrying out aggressive, targeted, and multimodal outreach campaigns to inform parents of the schools' innovative and rigorous academic offerings**

 Aggressive and targeted outreach and recruitment, using best-in-class communication and dissemination strategies, will be used to promote awareness of the magnet program offerings in order to attract a more diverse population of families than is currently attending the proposed HPS magnet schools. Serving as the linchpin of the desegregation strategy, both district- and school-based staff, with support and guidance from the MSAP Magnet Director and the full-time MSAP-funded Marketing Specialist and the district's Communications Department, will engage in numerous activities throughout the project period to inform families about the district's magnet schools, leveraging the district's school application process.

- **Designing and carrying out rigorous and sustained PD for magnet school staff on theme- and evidence-based teaching and learning practices**

A strong and targeted professional development (PD) program must be implemented to improve teaching and learning practices among HPS educators and equip them with the skills and knowledge to incorporate innovative and effective educational methods and practices into classroom instruction. Specifically, MSAP funds will be used to support cross-site external partnerships with educational organizations that bring specific expertise in the instructional practices that will be fostered across the five proposed magnets.

- **Developing and sustaining collaborations to support student enrichment activities**

Collaborations with community partners serve to supplement, deepen, and expand the opportunities students have to engage in authentic, hands-on activities in real-world settings. In addition, these partnerships can allow the schools to tap a resource network of volunteers and corporate supporters that are vital for sustaining the magnet programs after the initial infusion of federal funding. Each magnet school will establish or expand collaborations with a variety of outside organizations to enhance curricular offerings for students both during and beyond the school day, including but not limited to the Hempstead Economic Development Council, the Hope Public Library, the Clinton Library, the Southwest Arkansas Arts Council, and University of Arkansas Hope-Texarkana.  Exposure to the kinds of enrichment experiences these partnerships can offer (including field trips, clubs, and afterschool programs) gives students attending high-poverty, MGI schools opportunities they would not ordinarily have access to either at home or in school.

- **Providing the necessary district-level coordination to ensure effective and efficient coordination of MSAP resources in the service of the project's objectives and performance measures**

The core team that will spearhead the implementation of the HPS MSAP initiative, including the full-time Magnet Director, Marketing Specialist, and Home to School Advisors, will be a seasoned group of educators and administrators who are deeply familiar with the MSAP as well as with the school communities and the opportunities that this magnet grant can offer to their staff, students, and families. Led by the full-time Magnet Director, this team will ensure that all of the proposed magnet school activities are proceeding on schedule and in accordance with program guidelines and will be responsible for meeting with magnet school staff on a regular basis. The MSAP project design is complex and multifaceted; coordination of this program would be impossible in the absence of this core team.

- **Comprehensive, rigorous formative and summative evaluation of the project over its lifespan**

In addition, MSAP funds will permit a comprehensive rigorous formative and summative evaluation of the project over its lifespan. HPS will engage the services of an external evaluation firm that has a long history of evaluating federal magnet grant initiatives in districts across the country, and so brings to this effort a deep understanding of and commitment to the core principles of magnet school programming. This evaluation will provide timely, objective, and strategic feedback to the MSAP planning team and the school planning teams so that they are able to make midcourse corrections to improve the delivery of program services. In addition, the impact study design will produce evidence of promise of a critical element of the project design.

The driving force of this grant proposal is to provide educational opportunities for the approximately 2200 kindergarten through twelfth grade students in Hope, Arkansas, and to bring back students from the private, parochial, and nearby rural public schools in spite of budgetary constraints. The MSAP grant funding will enable district officials to remain focused on

improvement of academic achievement, balance demographic profiles in the schools and initiate innovation. Meeting the need for assistance at this time will put in place the structures and training that will sustain the HPS magnet instructional program beyond the grant cycle.

<h3 style="text-align:center">Project-wide Instructional Methodologies</h3>

To improve academic achievement for all students, the district magnet team will support the magnet schools in developing learner-centered opportunities for students to collaborate and construct understanding. Central to this is a belief in the necessity for deep student engagement. There is considerable research showing the importance of student engagement for students' academic development as well as their happiness and well-being, which further catalyzes their academic growth (Guthrie, Wigfield, & You, 2012; Ivey & Johnston, 2013). To develop learning as discovery, teachers will grow in their ability to utilize instructional methodology comprised of three inter-related pillars: (1) inquiry based instruction, (2) collaborative process, and (3) project based learning. These three methodologies are essential to both the arts and STEAM, as both are process based inquiries into meaning, understanding, and creating, with empathy at the core. The why, the how, and research to support each of these pillars is as follows:

1. Inquiry based instruction

**The why of inquiry:** Inquiry based instruction focuses on triggering and drawing from students' curiosity. It places learners at the center, and shifts the teacher's role to facilitator. Creating art is more than personal expression; it is a way of questioning, investigating, evaluating, and representing the world. As such, art is inquiry. Too, inquiry is central to STEAM, as it teaches students the power of their questions and processes for engaging with them.

**The how of inquiry:** Through PD, teachers will shift from teacher centric methodologies such as lecture. First attempts at inquiry may be overly structured, with teachers designing the questions

and outlining students' process. Over time, as teachers develop comfort with inquiry, they will progress towards guided inquiry, with lessened teacher support, and finally to open or true inquiry with students asking their own questions and designing their own research methodologies. Lesson design for arts courses, arts interdisciplinary units, and STEAM units will encourage inquiry through an instructional flow that prompts questioning, offers opportunity for exploration and research, and ample time to construct understanding.

**The research on inquiry:** Research into the construction of understanding through inquiry processes is summarized in "Teaching for Meaningful Learning, A Review of Research on Inquiry-Based and Cooperative Learning" by Barron and Darling-Hammond (2008). Findings from this meta-analysis show that students who engaged in inquiry based learning developed a more flexible, useful knowledge (Boaler, 1997); earned higher scores on content mastery (Penuel, Means, & Simkins, 2000); showed an increase in the ability to define problems (Gallagher, Stepien, & Rosenthal, 1992); showed growth in their ability to support their reasoning with clear arguments (Stepien, Gallagher, & Workman, 1993); and developed enhanced ability to plan a project after working on an analogous problem-based challenge (Moore, et al., 1996). Additional studies have documented positive changes for both teachers and students in motivation, attitude toward learning, and skills, including work habits, critical thinking skills, and problem-solving abilities (see Bartscher, Gould, & Nutter, 1995; Peck, Peck, Sentz, & Zasa, 1998; and Tretten & Zachariou, 1995).

The inquiry approach to instruction, so vital to the arts and STEAM learning, also supports diversity goals, as students with diverse backgrounds and abilities contribute to idea development, making learning accessible to all (Marshall & Horton, 2009).

2. Collaborative learning

**The why of collaborative learning:** Collaboration allows students to actively and socially engage in the inquiry process by talking with each other, questioning and listening to others' opinions, co-designing processes, and constructing shared understanding. Collaborative learning, such as group projects, discussions, or shared problem solving, require a shift to ideas over answers, build students' ability to think in less personally biased ways.

**The how of collaborative learning:** Both inquiry methodology and project based design require collaborative structures, which need to be taught over time. Students need to learn how to navigate working relationships, develop equitable processes, honor individual strengths and needs, and think and talk together constructively to advance their learning and understanding. Teaching into these processes requires mini-lessons, and ongoing observation, facilitation, and feedback. Utilizing casual process feedback (Johnston, 2012) makes students' own process visible, helping them to link their outcome to their process.

**The research on collaborative learning:** Research has shown that collaborative efforts that engage students in thinking and talking together are linked to the development of confidence, self-esteem, persistence, and improved social interactions (Johnston, 2012). In part this is because the process of thinking together builds students' social imaginations–a core developmental ability. Indeed, children with stronger social imaginations have more positive social skills, have more positive and extensive social connections, stronger moral development, and better self-regulation (Baird & Astington, 2004; Fahie & Symons; Watson, Nixon, Wilson, & Capage, 1999).

But there is an additional benefit that arises in the context of diversity. Children who learn to think together can be helped to see how difference in perspective and experience often produces new learning, unexpected solutions, and creative possibilities (Littleton & Mercer, 2013; Mercer, Dawes, & Staarman, 2009; Mercer, Wegerif, & Dawes, 1999). Learning how to think together

effectively has been shown in experiments to develop, among other competencies, students' comprehension, their reasoning ability, their conceptual understanding in science and math, and their creative thinking–all foundational for arts and STEAM futures (Trickey & Topping, 2004).

3. Project based learning

**The why of project based learning:** Project based learning (PBL) is a student-centered methodology in which students engage in real, relevant challenges over extended time as a vehicle for gaining knowledge and skills. PBL incorporates sustained inquiry, authentic collaboration with ample voice and choice, as well as organizational processes, problem solving, and critical thinking. PBL design moves students from an inquiry based launch into in-depth exploration and research of issues and ideas, to the design of a product or solution. It culminates with an exhibition of learning, making both product and process visible.

**The how of project based learning:** Through PD and curricular design support, teachers will learn how to create and continuously improve upon existing extended, relevant projects that incorporate standards, emphasize process, and create authenticity in learning through relevance and application.

**The research on project based learning:** PBL has the power to engage students in creating, questioning, and revising knowledge, while developing their skills in critical thinking, collaboration, communication, reasoning, synthesis, and resilience (Barron & Darling- Hammond, 2008). When designed and taught well, it increases long-term retention of content, helps students perform as well as or better than traditional learners in high-stakes tests, and improves problem-solving and collaboration skills and students' attitudes toward learning (Strobel & van Barneveld, 2009; Walker & Leary, 2009). Additionally, inquiry based PBL has been shown to have positive effects on attitudes towards reading (Chu, Tse, Loh, & Chow, 2011).

**Proposed Campus Designs**



**Clinton Primary School**

HPS's pre-kindergarten program is housed at Clinton Primary School which allows for the alignment of instruction and the investment of the school in children prior to kindergarten. Clinton Primary's focus is on lighting the flame of learning through a rich arts and leadership curriculum with hands-on STEAM learning and after-school clubs including: robotics, engineering, youth athletics, drama, music and art.  As all students in HPS start their educational journey at CPS, part of the school's mission is to make sure students experience all components of the HPS magnet program.  Each quarter, students will explore different STEAM and public service college and career pathways through experiential learning and guest teachers from the community.  A new capstone experience will be implemented at CPS, with an annual end of year performance from the fourth-grade class.

Frank Oppenheimer viewed art and science as complementary ways of exploring the world. Today, scientists, engineers, artists, and mathematicians join in to explore our world, envision new ideas, and communicate their passions and concerns. Clinton Primary will become a STEAM-themed magnet, focused on creating a foundation for future learning. Through the STEAM theme, Clinton students will share a common goal with scientists, engineers, artists, and mathematicians worldwide: to develop a culture of experimentation and collaboration; inspire curiosity and understanding; create inspiration, solutions, and beauty; and stimulate fresh ideas and directions.

Clinton will approach STEAM as an interdisciplinary immersion in real and relevant inquiries that encompass instructional depth in the full range of STEAM disciplines as well as embedding opportunity to develop critical habits of mind such as empathy, tenacity, flexibility, open-mindedness, and creative confidence. The inquiries will help students focus on needs, issues, and the wonder of their immediate environment, and connect these to larger world concerns through understanding of the United Nation's Sustainable Development Goals. At the core of Clinton's STEAM PBL units, and the inquiry habits students build, will be the inquiry-driven energy of the maker movement, brought to life through design thinking. Design thinking is an inquiry based, iterative process that engages students in questioning, seeking to understand, defining problems, and designing solutions. HPS's design thinking process leads students through a collaborative process that culminates in creations designed with artistry and the intent to inspire change. A strong STEAM program begins with strong understanding of the embedded disciplines (science, technology, engineering, arts, and mathematics). Professional development will include lifting teachers' understanding of content and disciplinary process in all the STEAM disciplines:

• **Science** instruction will build foundational understanding of our world as science process opens the door to further questioning. Teachers will work towards understanding of NGSS standards and scientific process.

• **Technology** will be integrated for the purpose of creation, not just consumption. Teachers will be supported in the process of embedding technology to lift learning in the moment and serve as a vehicle for creating.

• **Engineering** will be approached as a problem solving process that holds empathy at its core. Students will learn to understand a problem through varied perspectives, and design with then end user in mind.

• **Arts** infusion into STEM is a based on the belief that art serves as a form of communication between human beings about important concepts, ideas, and understandings (Anderson & Milbrandt, 2005; Gardner, 1994; Langer, 1980). Art also serve a critical role in the engineering and design cycle.

• **Mathematics** provides an added lens for asking questions and exploring issues through data analysis or unpacking of economic connections to issues and solutions. Making math visible so students understand why math matters and see its practical application creates greater energy around mathematics learning. Teachers will have added and supported PLC time to learn to effectively use and apply learning from ST Math (CPP 2).

The goals of Clinton's STEAM interdisciplinary units are to: (1) create relevant, compelling inquiry based PBL that engage students in the construction of understanding, (2) promote deeper understanding of and achievement in STEAM disciplines through relevant opportunities for constructing understanding and application of learning, (3) engage students in issues of concern locally and globally, (4) develop student's critical thinking strategies, (5) shift

teacher instructional methodology towards facilitation of collaborative inquiry, and (6) engage families and community in community issues and student learning.

**Beryl Henry Elementary**

At Beryl Henry Elementary, students lean deeply into the Arts side of STEAM with a robust performing arts program featuring band, theater, visual arts, dance and choir.  Students also have the opportunity to take part in clubs to explore and find their talents at an early age.  Planned offerings include: soccer, karate, dance, volleyball, cheer, MMA, robotics, instrument explorations, and culinary arts.  Early college and career readiness begins at Beryl Henry as students start to investigate STEAM career pathways in monthly advisory sessions.  BHE students partner with the Southwest Arkansas Arts Council to enrich the Hope community by experience, expression, and education in all the Arts.  BHE will host a Culture Fair, and an annual Arts Extravaganza which will showcase the talents of students from the district and artists from the region.

A comprehensive arts curriculum will be incorporated with the STEAM theme. This will be arts integration, not a pull out, with the daily curriculum of the student.

Arts Support Activities - The use of art as part of the STEAM curriculum requires that students have access to an array of activities that not only stimulate their talents but also provide them with an avenue to express themselves. An important part of the STEAM magnet program is to expose students to the expression of a wide range of human talents and some training to carry them out. Part of this project is to sensitize students to the fact that art has shaped all human efforts and that the arts medium will affect their personal value choices. Students will be given an array of choices in the areas of art/music. The project will provide activities in each of the following areas.

17

Art/Fundamentals: Students will be provided supplemental instruction designed to give them a basic understanding of the art elements and principles of design. Emphasis will be on drawing techniques and style. Basic principles of design will be applied through a variety of media. Critical thinking and sophistication in technique and style will be highly emphasized. Advanced development of fundamental skills will also be emphasized.

Music/Fundamentals: Students will be provided supplemental instruction designed to give them a basic understanding of the music elements: Sound (overtone, timbre, pitch, amplitude, duration), Melody, Harmony, Rhythm, Texture, Structure/form and Expression (dynamics, tempo, articulation).  Choir and an instrument exploration lab will provide hands on experiences for students.

Art/Graphic Art - Students will be given the opportunity to examine, interpret, and reflect upon discoveries about visual art information including the elements and principles of art. Students will explore the basic elements and principles of design through a variety of media. At the 5th grade level, students will use their basic knowledge and delve into the historical periods, cultural heritage and artistic styles, and make informed judgments about personal art works and the works of others.

Multimedia Applications In Art – Students will utilize Blended Learning to access state of the art technological applications to create original works of art. Digital cameras, scanners, graphic tablets, and sophisticated software applications will be introduced to and practiced by students at the lower elementary level. At the 5h and 6th grade levels, students will create personal portfolios and participate in individualized art projects using the knowledge of the different applications of art.

Art Appreciation - Local and national artists will be invited to serve as artists in residence at the school. They will be utilized to carry out activities that help students understand and develop their artistic skills. They will help students develop portfolios as well as participate in the creation of art themes in each of the school's hallways and school galleries. Students will be taught by professional artists to design and draw murals and hallway displays based upon their knowledge of art forms.

**Yerger Middle School**

Yerger Middle School continues the STEAM pathway with an emphasis on STEM learning. At Yerger, students have opportunities to take advanced science and mathematics courses for high school credit. This will allow more opportunities for students to enroll in AP and concurrent courses at the high school level. The YMS Makerspace & Innovation Hub serves not just the school, but the larger community, as a place for makers to create and share ideas. Key partnerships with the Hope Chamber of Commerce and Economic Development Council provide opportunities for students to learn from small business owners and entrepreneurs about different pathways to success.

As a critical component of the magnet program is making sure all pathways are available for students to thrive, YMS will also have a robust elective and after school program with athletics, band, clubs, and robotics. YMS plans to launch eSports in Fall 2023 as part of its robotics offerings which is rounded out with competitive and industrial robotics. eSports will expand as the seventh-grade class matriculates each year. YMS students cap off their experience with submissions into the annual Science Fair and STEM Showcase.

The mission of Yerger Middle School is to provide students with a technology-rich, stimulating environment designed to build background knowledge, skills, exposure, experience

and opportunities that prepare and motivate students for secondary options, post-secondary options and life career paths related to math sciences and engineering. Through investigation, exploration, and application of concepts from all curriculum areas and student knowledge of basic engineering systems, students are empowered to make positive contributions to improving the quality of their life and future careers.

Problem solving skills are essential for engineers. Creating solutions for problems requires engineers to work collaboratively in both small and large groups. Through hands on group work experiences, the Yerger Middle STEM Magnet School students will not only test their scientific and mathematical skills, they will learn the various roles and personal skills that a group of successful engineers use to help build successful products. Yerger students will learn the value of being group members as well as leaders. They will also learn that good listening skills can be a valuable asset to problem solving.

In an engineering project, usually multiple solutions exist, so the students will learn to be flexible and compromise their beliefs and opinions. Peer evaluation will be an important component of the engineering program. Students will learn how to constructively criticize to produce a better product. Through their experimentation, students will learn that a strong work ethic is important. When assigned a role in an engineering group, all of the members must thoroughly complete their assignments for the success of the entire unit. The engineering group work will naturally show the importance of good attendance and the problems that occur when one member of the engineering group is not fulfilling his/her obligation.

Through hands-on testing and experimentation, the students will learn that failure is "ok" and a part of the learning process. Students will learn to modify their experiment and keep on trying. Involving the community in the lessons and fostering personal professional connections,

moves engineering from the classroom to the "real world." By mentoring and job shadowing local engineers, the students will be able to see the skills that are necessary to be successful in this field. A one-on-one mentoring program will provide students with the necessary motivation to be successful in their chosen engineering field.

Yerger will also use the expertise of local engineers or professors to provide the teachers with professional development during the school year or in the summer. Summer workshops will be offered at University of Arkansas Hope Texarkana to help support and enrich the skills that the students have obtained during the school year. Yerger will utilize the middle school component of Project Lead the Way Program (PLTW) that is called Gateway to Technology. Project Lead the Way is a national non-profit organization established to help schools give students the knowledge they need to excel in high-tech fields. In the PLTW literature, they state that studies of their curriculum have proven that "PLTW students become the kind of prepared, competent, high-tech employees U.S. industry needs to stay competitive in the global market." This rigorous curriculum provides activities for early exposure and practical pre-college application of math, science and technology concepts.

**Hope Academy of Public Service**

The Hope Academy of Public Service (HAPS) campus offers students an innovative instructionally focused experience. The school has a curriculum specifically focused on early college and career preparation with service-learning elements directly tied to the University of Arkansas Community College – Hope/Texarkana and the University of Arkansas Clinton School of Public Service. The program is being significantly revised to add a media literary/ journalism theme to the whole school in addition to the enhancement of the public service theme. At HAPS, new courses in print, broadcast and digital journalism allow students to tell the story of their

community and the impact of public service.  Students have an annual public service requirement which allows them to give back directly to the region.  New electives/ extracurricular clubs including debate, Model United Nations, We the People, forensics, podcasting and broadcast complement traditional elective courses such as band, athletics, and art to keep pathways open for students.

Like its model, the Clinton School of Public Service, HAPS students will participate in project-based learning requirements of the HAPS curriculum, including quarterly public service projects.  These projects facilitate opportunities for students to apply skills and knowledge learned in the classroom to practical, real-world challenges. By engaging in projects that help partners advance their mission, HAPS strives to create a pipeline of professional public servants working to ensure equity, eliminate social injustice, and affect positive social change.  HAPS believes that starts with making a difference in both the Hope community and the larger global landscape.  Field service promotes the school's vision by emphasizing the "practice" of public service by placing students in challenging environments in which they work with community leaders to help build healthy, engaged, and vibrant communities, both in Arkansas and around the world.


**Hope High School**

Hope High School features a robust magnet program with multiple pathways for student achievement - performing arts, media literacy, public service learning and STEM - all leading to graduates leaving with an Associate's Degree and/or Skilled Industry Certificate.  The Performing Arts Pathway builds off the foundations from early years as students take part in theater, band and the visual arts.  The Media Literacy Pathway features courses in journalism and broadcasting.  These come to life through the student run newspaper, monthly campus broadcast, and a podcast channel.

The STEM Pathway features both core and elective courses with opportunities for students to take AP Classes, concurrent credit classes, participate in internships, and develop skills via electives in robotics, engineering, technology and computer science through Project Lead the Way and EAST curriculum. An innovative partnership with the University of Arkansas Hope-Texarkana, allows students to take part in the Secondary Career & Technical Education Center where they can achieve a skilled industry certification in the following STEM fields:  HVAC, Industrial Technology, Information Technology: Coding, Health Professions (CNA and EMT), Basic Welding, Construction Welding.

Career and Technical Education courses of studies are intended to lead toward a certificate in a specific career field or toward an undergraduate degree and ultimately, to high wage, high skill employment or advanced postsecondary training. All students taking career studies courses will graduate with industry certifications or licenses that employers will be able to use to make hiring and promotion decisions. Graduating students will become the Hope communities' next leaders and entrepreneurs. And they will be empowered to pursue future schooling and training as their educational and career needs evolve. During their senior year, students will complete a technical or career-related project that will be evaluated by a panel of business and industry representatives. Peer tutors and business mentors will provide support to students as they progress through the program. Grant funds will be used to support the startup costs of the program, including instructional and administrative costs and professional development for teachers, administrators and counselors. Teachers will utilize strategies designed to restructure the scope and time spent learning; and employing innovative educational technologies, project-based learning, and competency-based progressions to engage and empower learners. Ultimately, those strategies reflected in America's Next Generation High Schools will equip CTE students with the strong

content knowledge, collaboration opportunities, and critical skills needed to meet the demands of an innovation economy, while preparing them to embark upon a lifetime of learning.

As part of the district's goal of expanding a student's high school educational experience, HPS will undertake the task of not only improving the academic skills of students but also to develop an inextricable link between education, technical certification and employment. The rapid gain of technology and the complexity of technological jobs has caused school officials to expand the long-range view of the school experience to include preparing all students for a successful livelihood. The school System will play several roles in understanding and supporting students' career and life goals:

- Establishing college- and career-ready goals for participating students
- Utilize the college and career readiness standards that outline the skills needed for career readiness
- Providing students with the sequence of activities that students can use as building blocks for occupation readiness, including career exploration programs, extracurricular activities, and work-based learning opportunities
- Facilitating collaborative partnerships with local business partners

Students can also participate in the Hope Collegiate Academy at UAHT for those wanting a true college immersion experience.  The Hope Collegiate Academy allows students to earn a high school diploma and an Associate Degree simultaneously. The student body consists of high school sophomores, juniors, and seniors enrolled in dual-credit courses on the U of A Hope campus.  The Hope Collegiate Academy (HCA) provides students with a three-year curriculum that allows them the opportunity to complete a high school diploma and an associate degree simultaneously.  The key programming feature of the HCA is college-level immersion that shifts

the educational focus from college and career-readiness to actual college-level degree attainment. The aim of the HCA is to transform students' lives through learning opportunities directed toward self-fulfilling aspirations and life sustaining careers.

Students in the Hope Collegiate Academy experience:

- A customized high school experience with the rigor of college.

- A transition to college in a flexible, supportive, and academically enriched environment.

- A chance to get a head start on a college degree while earning a high school diploma.

- An environment that helps students acclimate to college-level standards and engages full immersion into the collegiate environment.

- Students will be able to participate in sports, band, or cheer at Hope High School while being a part of the Collegiate Academy.

Throughout the performing arts, media literacy and STEM pathways a common thread of volunteerism weaves. Hope High School students all commit to annual hours of public service and find ways to ensure they are leaving their community and school better than they found it through grade level community projects and challenges. This school wide commitment to public service and volunteerism serves as a point of unity for each of the pathways and will help shape the public image of Hope High School.