IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROSIE L. DAVIS, *et al.*                                                                PLAINTIFFS

v.                                   Case No. 4:88-cv-4082

WILLIAM DALE FRANKS, *et al.*                                                        DEFENDANTS

## ORDER

Before the Court a Joint Motion for Approval of Agreed Order Regarding Hope School District's Magnet School Program. ECF No. 205. Upon consideration, the Court approves the proposed order submitted by the parties (ECF No. 205-1) and finds that the instant motion (ECF No. 205) should be and hereby is **GRANTED**.

**IT IS SO ORDERED**, this 13th day of September, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge