IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROSIE L. DAVIS, *et al.*                                                                   PLAINTIFFS

v.                                            Case No. 4:88-cv-4082

WILLIAM DALE FRANKS, *et al.*                                                              DEFENDANTS

## CONSENT ORDER

Before the Court a Joint Motion for Approval of School Board District Rezoning filed by Hope School District No. 1A of Hempstead County, Arkansas ("HSD") and Plaintiffs. ECF No. 199.

The parties jointly request that the Court approve the Option 2 maps approved by the Board of Directors for HSD on November 18, 2021. Option 2 provides for the redrawing of districts for HSD school board positions in accordance with Ark. Code Ann. § 6-13-631 and provides for a seven-person school board in accordance with Ark. Code Ann. § 6-13-634. The resolution adopted by the HSD Board converts school board terms from three years to five years in accordance with Ark. Code Ann. §§ 6-13-608 and 6-13-631(d)(2).

Upon consideration, the Court finds that the motion (ECF No. 199) should be and hereby is **GRANTED**. The Court adopts the consent decree agreed to by the parties in their joint motion. ECF No. 199. The Court approves HSD's action in changing its governance to a seven-member board elected from single member districts with the specified election zones identified in Option 2 in the joint motion. ECF No. 199-1. The terms length of individual board members will be five years as set forth in the October 18, 2021 resolution adopted by the HSD Board. The Court shall continue to exercise jurisdiction over this matter until it finds that HSD should be released from Court supervision.

**IT IS SO ORDERED**, this 13th day of March, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge