# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

**ROSIE L. DAVIS**, *et al.*

                                              **PLAINTIFFS**

v.       No. 4:88-cv-4082

**WILLIAM DALE FRANKS**, *et al.*       **DEFENDANTS**

### MOTION TO INTERVENE AND DECLARE HOPE SCHOOL DISTRICT UNITARY

Pursuant to Fed. R. Civ. P. 24(a)(2), the Arkansas Department of Education and Board of Education move to intervene and request declaration of unitary status and termination of all consent decrees, *see* Docs. 38, 205-1.

Dated: April 7, 2023

                                   Respectfully Submitted,

                                   TIM GRIFFIN
                                   Arkansas Attorney General

                                   */s/ Dylan L. Jacobs*
                                   NICHOLAS J. BRONNI (Ark. Bar No. 2016097)
                                    Arkansas Solicitor General
                                   DYLAN L. JACOBS (Ark. Bar No. 2016167)
                                    Deputy Solicitor General
                                   HANNAH L. TEMPLIN (Ark. Bar No. 2021277)
                                    Assistant Solicitor General
                                   OFFICE OF THE ARKANSAS
                                    ATTORNEY GENERAL
                                   323 Center Street, Suite 200
                                   Little Rock, AR 72201
                                   Phone: (501) 682-3661
                                   Fax: (501) 682-2591
                                   Email: Nicholas.Bronni@arkansasag.gov
                                                Dylan.Jacobs@arkansasag.gov
                                                Hannah.Templin@arkansasag.gov

                                   *Attorneys for Intervenors*