IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROSIE L. DAVIS, *et al.*                                                                                    PLAINTIFFS

v.                                            Case No. 4:88-cv-4082

WILLIAM DALE FRANKS, *et al.*                                                                   DEFENDANTS

## ORDER

The Arkansas Department of Education and Board of Education filed a Motion to Intervene and Declare Hope School District Unitary. ECF No. 211. First, the Court will address the request to intervene in this case. Second, if necessary, the Court will address the request to declare Hope School District Unitary. Any party who intends to respond to the request to intervene should do so on or before April 26, 2023. After the Court rules on the request to intervene, if necessary, the Court will set a deadline for the parties to respond to the request to declare the Hope School District unitary.

**IT IS SO ORDERED**, this 12th day of April, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge