IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


ROSIE L. DAVIS, *et al.*                                                                               PLAINTIFFS

v.                                          Case No. 4:88-cv-4082

WILLIAM DALE FRANKS, *et al.*                                                                  DEFENDANTS


## ORDER

Before the Court is Hope School District's motion for an extension of time to respond to the State's Motion to Intervene and Declare Hope School District Unitary. ECF No. 213. Before this motion was filed, the Court issued an order stating that it would first address the request to intervene in this case. ECF No. 214. Then, if necessary, the Court stated that it would address the request to declare Hope School District Unitary. ECF No. 214. The Court set an April 26, 2023 deadline for the parties to respond to the State's request to intervene. After the Court's order was entered, Hope School District requested more time to respond. The State opposes Hope School District's request. ECF No. 213, ¶ 13.

Hope School District's attorney, Whitney F. Moore, states that she has obligations to other school districts that must be addressed in April and May 2023. ECF No. 49, ¶ 8. The State has also filed similar motions in other cases involving school districts that Ms. Moore represents, which all require responses. Thus, the Court finds that good cause exists to extend the April 26, 2023 deadline to file a response to the State's intervention request. Accordingly, the motion for an extension of time (ECF No. 213) is **GRANTED**.

Any party who intends to respond to the request to intervene should do so on or before May 24, 2023. After the Court rules on the request to intervene, if necessary, the Court will set a

deadline for the parties to respond to the request to declare the Hope School District unitary.

**IT IS SO ORDERED**, this 18th day of April, 2023.

/s/ Susan O. Hickey  
Susan O. Hickey  
Chief United States District Judge