IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**ROSIE L. DAVIS,** *et al.*                                                                 **PLAINTIFFS**

v.                                       No. 4:88-cv-4082

**WILLIAM DALE FRANKS,** *et al.*                                                 **DEFENDANTS**

## PLAINTIFFS' RESPONSE IN OPPOSITION TO THE ARKANSAS DEPARTMENT OF EDUCATION AND BOARD OF EDUCATION'S MOTION TO INTERVENE

Plaintiffs, through undersigned counsel, submits the following Response in Opposition to the Arkansas Department of Education and Board of Education's Motion to Intervene:

1. On April 7, 2023, the Arkansas Department of Education and the Board of Education ("Arkansas") filed a Motion to Intervene and Declare Hope School District Unitary. *Doc. 211*. On April 12, 2023, the Court entered an order establishing April 26, 2023, as the deadline for any party to respond to the motion to intervene only. *Doc. 214*.

2. The Court should deny the motion to intervene because Arkansas has not shown that the State has Article III standing or that it satisfies the requirements of Fed. R. Civ. Pro. 24(a)(2).

WHEREFORE, the Court should deny Arkansas' motion to intervene and grant all other appropriate relief.

Respectfully submitted,

WALKER & CHILDS, PLLC
1815 S. State Street
Little Rock, Arkansas 72206

1

501-287-8680 (Telephone)
501-222-8872 (Facsimile)
Email: schilds@walkerandchilds.com

  Shawn G. Childs
Shawn G. Childs, Bar No. 99058


ATTORNEY FOR PLAINTIFFS

2