# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

**ROSIE L. DAVIS,** *et al.*

                        **PLAINTIFFS**

v.                      No. 4:88-cv-4082

**WILLIAM DALE FRANKS,** *et al.*                            **DEFENDANTS**

## MOTION TO WITHDRAW AS COUNSEL

Arkansas Assistant Solicitor General Hannah L. Templin moves to withdraw as attorney for State Intervenors and states:

1. As of June 23, 2023, I will no longer be employed by the Office of the Arkansas Attorney General.

2. Remaining counsel of record for State Intervenors will continue to represent the State in this matter.

Wherefore, Hannah L. Templin respectfully moves the Court to issue an order relieving her as attorney of record for State Intervenors in this matter.

Dated: June 22, 2023

                                        Respectfully Submitted,

                                        TIM GRIFFIN
                                        Arkansas Attorney General

                                        Hannah L. Templin (No. 2021277)
                                        Assistant Solicitor General
                                        OFFICE OF THE ARKANSAS ATTORNEY GENERAL
                                        323 Center Street, Suite 200
                                        Little Rock, AR 72201
                                        (501) 503-4336
                                        hannah.templin@arkansasag.gov

                                        *Attorney for the State Intervenors*