# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

**ROSIE L. DAVIS,** *et al.*

**PLAINTIFFS**

v.                    No. 4:88-cv-4082

**WILLIAM DALE FRANKS,** *et al.*                    **DEFENDANTS**

### NOTICE OF APPEAL

The Arkansas Department of Education and Arkansas State Board of Education give notice of their appeal to the United States Court of Appeals for the Eighth Circuit from this Court's Order (Doc. 227) issued on March 29, 2024, denying their motion to intervene.

"The denial of a motion to intervene of right is immediately appealable as a final judgment." *S. Dakota ex rel Barnett v. U.S. Dep't of Interior*, 317 F.3d 783, 785 (8th Cir. 2003) (citing *Corby Recreation, Inc. v. Gen. Elec. Co.*, 581 F.2d 175, 176 n. 1 (8th Cir.1978)).

Dated: April 29, 2024                    Respectfully Submitted,

TIM GRIFFIN
Arkansas Attorney General

NICHOLAS J. BRONNI (Ark. Bar No. 2016097)
 Solicitor General
DYLAN L. JACOBS (Ark. Bar No. 2016167)
 Deputy Solicitor General
OFFICE OF THE ARKANSAS
 ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-3661
Email:    nicholas.bronni@arkansasag.gov
              dylan.jacobs@arkansasag.gov

*Counsel for Intervenors Arkansas Department of Education and Arkansas State Board of Education*