**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

**ROSIE L. DAVIS, ET AL** **PLAINTIFFS**

**v.** **CASE NO. 4:88-cv-4082**

**WILLIAM DALE FRANKS, ET AL** **DEFENDANTS**

**MOTION FOR DECLARATION OF PARTIAL UNITARY STATUS**

Comes the Defendant, Hope School District No. 1A ("HSD"), and for its motion for declaration of partial unitary status, states:

1. This case was originally filed in 1988 by a group of Black staff members and Black parents or guardians of minor school-aged children alleging racial discriminatory practices within HSD, a public school district operating in Hempstead County, Arkansas.

2. On April 3, 1989, this Court approved an order regarding the voting rights claims contained in the Complaint. *See* Doc. 13, Order.

3. On January 8, 1990, this Court approved a consent decree, which contained provisions addressing the following:

a. remediation of past discrimination based upon race and prevention of any like discrimination in the future,
b. elimination of racially discriminatory policies, practices, customs, or usages,
c. student assignments,
d. issues pertinent to faculty and staff,
e. school programs, extracurricular activities, and rewards, and
f. student discipline and teacher in-service training.

*See* Doc. 38, Consent Decree.

4. Since approximately the 1999-2000 school year, HSD has substantially complied with both the 1989 Order and the 1990 Consent Decree, as more fully detailed in the memorandum Brief filed in support of this Motion. HSD now seeks unitary status as to all of the provisions contained in the 1989 Order and the 1990 Consent Decree. HSD is not seeking unitary status as to the terms of this Court's SSeptember 13, 2022 order regarding implementation of a magnet program (Doc. 207), which is why HSD has titled its motion one for "partial" unitary status.

5. If the Court determines that a hearing is necessary prior to ruling on this motion, HSD requests that the Court schedule said hearing at its earliest convenience.

WHEREFORE, the Defendant, Hope School District No. 1A, prays that this Court issue an order finding the District unitary in all areas except implementation of its magnet program, and for all other just and proper relief.

Respectfully submitted,

Whitney F. Moore (Ark. Bar No. 2009193)
WHITNEY F. MOORE, P.A.
23 Huntington Road
Little Rock, Arkansas 72227
Telephone: (870) 818-5490
Email: whitney@aprobertslaw.com

*Attorney for Hope School District*