**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

**ROSIE L. DAVIS, ET AL** **PLAINTIFFS**

**v.** **CASE NO. 4:88-cv-4082**

**WILLIAM DALE FRANKS, ET AL** **DEFENDANTS**

# BRIEF IN SUPPORT OF HOPE SCHOOL DISTRICT'S MOTION FOR PARTIAL UNITARY STATUS

Comes the Defendant, Hope School District ("HSD"), and requests that the Court enter an order declaring HSD unitary in all areas addressed in the Order entered on April 3, 1989 (Doc. 13) regarding voting rights and the Consent Decree entered on January 8, 1990 (Doc. 38) based on its good faith compliance with the provisions therein. At this time, HSD is not seeking unitary status as to the terms of this Court's September 13, 2022 order regarding implementation of a magnet program (Doc. 207), which is why HSD has titled its motion one for "partial" unitary status.

## I. BACKGROUND

HSD is a public school district operating in Hempstead County, Arkansas. (*See* Exhibit 1, Affidavit of Jonathan Crossley, hereafter "Crossley Affidavit," ¶ 3). Its 2023-2024 total enrollment, based on the October 1, 2023 enrollment count, was 2,107 students, of which 916 (43.5%) were Black.[1] (*See* Ex. 1, Crossley Affidavit, ¶ 10; Exhibit 2, Hope School District Enrollment Report, October 1, 2023, hereafter "2023-2024 Enrollment Report"). The October 1, 2024 enrollment count was 2,064, of which 899 (43.6%) were Black. (*See* Ex. 1, Crossley

[1] Enrollment fluctuates throughout each year. The October 1 enrollment counts are reported to the State Department of Education annually on that date. For purposes of its motion for partial unitary status, the District is using the October 1, 2023 counts because the 2023-2024 school year is the last full year of data available. However, to the extent data for the 2024-2025 school year is now available, the District may also note that for the Plaintiffs' and the Court's information.

Affidavit, ¶ 11; Exhibit 3, Hope School District Enrollment Report, October 1, 2024, hereafter "2024-2025 Enrollment Report"). HSD previously operated a racially dual public school system, as was required by Arkansas law until 1954. HSD merged its racially dual systems *circa* 1968.

The original Complaint, filed in this case on August 5, 1988, was brought by Black students, teachers, and adult citizens "who would possibly seek election as school district board members were school elections conducted on a single-member district basis rather than [an] at-large system." *See* Doc. 1, Complaint, ¶ 1. The Complaint alleges racial discrimination regarding staffing, student assignment, student discipline, extracurricular programs, and board governance. *See generally*, Doc. 1, Complaint.

The board governance claims were addressed by order entered on April 3, 1989. *See* Doc. 13. On January 8, 1990, the Court approved a consent decree proposed by the parties ("1990 Consent Decree") that addressed the remaining issues raised in the Complaint, specifically: (1) remediation of past discrimination based upon race and prevention of any like discrimination in the future, (2) elimination of racially discriminatory policies, practices, customs, or usages, (3) student assignments, (4) issues pertinent to faculty and staff, (5) school programs, extracurricular activities, and rewards, and (6) student discipline and teacher in-service training. *See generally*, Doc. 38, hereafter "1990 Consent Decree". The District was also required to submit annual reports to plaintiffs' counsel for a period of three years beginning on December 15, 1990. *Id*. at ¶ 21, p. 10.

The case was reopened following entry of the 1990 Consent Decree in December 1993, and in March 1996, the Court found the District in contempt for failure to comply with provisions of the Decree. *See* Docs. 40, 70. Further proceedings occurred between 1996 and 1999, and the parties agreed to dismiss the case without prejudice in an agreed order entered in September 1999.

*See* Doc. 94. Since approximately the 1999-2000 school year, HSD has operated in good faith and substantially complied with the provisions of the 1989 Order and the 1990 Consent Decree, without objection from the Plaintiffs. HSD now seeks unitary status and release from court supervision in all areas, with the sole exception of the District's magnet program, which is governed by separate order entered in September 2022. *See* Doc. 207.

## II. LEGAL STANDARD

In order to determine whether HSD is unitary, the Court must consider whether the district has "complied in good faith with its desegregation decree since it was entered." *Little Rock School Dist. v. Pulaski Co. Special School Dist. No. 1*, 237 F.Supp.2d 988, 1027 (E.D. Ark. 2002), citing *Board of Education of Oklahoma City v. Dowell*, 498 U.S. 237, 249-250 (1991). A showing of "good faith" requires that a school district demonstrate "to the public and to the parents and students of the once disfavored race, its good-faith commitment to the whole of the court's decree and to those provisions of the law and the Constitution that were the predicate for judicial intervention in the first instance." *Freeman v. Pitts*, 503 U.S. 467, 491-492. The Court must also determine "'whether the vestiges of past discrimination ha[ve] been eliminated to the extent practicable.'" *Missouri v. Jenkins*, 515 U.S. 70, 89 (1995), quoting *Dowell* at 249-250. In assessing whether or not HSD has achieved unitary status, the Court must examine "every facet of school operations." See *Dowell*, 498 U.S. at 250, quoting *Green v. New Kent County School Board*, 391 U.S. 430, 435 (1968).

## III. ARGUMENT

An examination of the 1989 Order, the 1990 Consent Decree, and HSD's current policies and practices demonstrates that HSD has complied in good faith with its desegregation obligations for a reasonable period of time and should be declared unitary. HSD's current superintendent, Dr.

Jonathan Crossley, has been employed by the District since July 1, 2021. (*See* Ex. 1, Crossley Affidavit, ¶ 2). Superintendent Crossley has attested that he believes that HSD has complied with the provisions of the 1989 Order and the 1990 Consent Decree since *circa* the 1999-2000 school year. *Id*. at ¶ 6.

**A. Voting Rights Issues**

In Count C of the Complaint (Doc. 1), filed on August 5, 1988, the Plaintiffs alleged that the votes of Black HSD residents were being "diluted due to the [District's] at-large electoral scheme." *See* Doc. 1, Complaint, ¶ 18, p. 10. The Plaintiffs noted that Black citizens represented approximately 43% of the voting age population, but "racial polarization of voters . . . operates to effectively deny [B]lack plaintiffs and citizens of the Hope, Arkansas Public School District the opportunity to select representatives of their own choice." *Id*. As a result, the Plaintiffs contended that Black voters were "effectively disenfranchised from participating in the political process regarding election of school board members in violation of Section Two of the Voting Rights Act as Amended." *Id*. The Plaintiffs sought relief in the form of a preliminary injunction "prior to the next school election now set for September 9, 1988, which enjoins the school board from conducting a school election on an at-large basis in violation of 42 U.S.C. § 1973, as amended, and which requires the creation of eight single member districts, at least (3) of which should be constituted, based on population and geographic contiguity, as being majority black." *See* Doc. 1, Complaint, p. 11.

The voting rights issues raised in the Complaint were settled by agreement of the parties subject to the Court's approval of one of two proposed zoning options. *See* Doc. 13. The second zoning option proposed by the parties was approved by the Court by Order entered April 3, 1989. *Id*. at pp. 2-3. Plan Two called for eight single member districts, all with approximately the same

number of residents, and "three of which would each be approximately 57% black." *Id.* at p. 2. The 1990 Consent Decree reflects that a new school board was elected sometime in 1989, following entry of the April 3, 1989 order. *See* Doc. 38, ¶ 24, pp. 11-12.

Following the 2010 Census, the District and the Plaintiffs jointly requested that the Court approve the zones as drawn in "Option 4" and convert the board from the eight-member board established by the 1989 Order to a seven-member board, in accordance with Ark. Code. Ann. § 6-13-631. *See* Doc. 95. This Court approved the District's motion regarding rezoning by order entered on May 3, 2013. *See* Doc. 97.

After completion of the 2020 Census, the District and the Plaintiffs again made a joint request for approval of new zones drawn in "Option 2." *See* Doc. 199. The parties also asked the Court to approve the District's extension of board member terms from three years to five years, in compliance with Ark. Code Ann. §§ 6-13-608 and 6-13-631(d)(2). *Id.* This Court approved the parties' joint motion regarding rezoning by order entered on March 3, 2023. *See* Doc. 208. The District's board zones are currently drawn for seven single members in compliance with the March 2023 order. (*See* Ex. 1, Crossley Affidavit, ¶ 9).

The District has substantially complied with the requirements of the 1989 Order regarding board governance and respectfully requests that it be declared unitary in this area.

**B. Remediation of Past Discrimination**

The 1990 Consent Decree notes that "[a]lthough no past or present discrimination practices are admitted herein, it is the intent of this Decree to remedy any past discrimination based upon race and to prevent any like discrimination from occurring in the future." *See* Doc. 38, at ¶ 3, p. 2. Upon information and belief, the District remedied the allegations of discrimination against specific Black staff members that were raised in the Plaintiffs' Complaint by agreeing to specific

relief for the named staff plaintiffs between entry of the 1990 Consent Decree and the cessation of litigation related to compliance with the Decree *circa* 1999. (*See* Ex. 1, Crossley Affidavit, ¶ 7). It is Superintendent Crossley's understanding that all monetary damages awarded by this Court were paid prior to the 2000-2001 school year (if not before), that all agreements to give new job assignments to particular plaintiffs were complied with, and that the board governance issues (as noted in the previous section) were addressed to the satisfaction of the Plaintiffs by entry of the 1989 Order. (*See* Ex. 1, Crossley Affidavit, at ¶ 8). For these reasons, and the reasons stated in the remainder of this brief, the District believes it has remedied the effects of past discrimination to the extent practicable.

**C. Elimination of Racially Discriminatory Practices and Affirmative Inclusion**

The 1990 Consent Decree stated the parties' agreement that "this Decree shall be equally applied to all such students and staff now and hereafter within the Hope School District No. 1A." *Id*. at ¶ 3, p. 2. With the consent of the parties, the Court, in the 1990 Consent Decree,

> enjoin[ed], forb[ade], and restrain[ed] the [District] from hereinafter engaging in any policies, practices, customs or usages of racial discrimination in any of its school operations including, but not limited to, faculty assignments, student assignments, and the treatment of black and other minority pupils within the school system.

*See* Doc. 38, at ¶ 3, p. 2. The 1990 Consent Decree also requires HSD to "hereafter maintain a unitary, racially nondiscriminatory school system wherein all schools are effectively and equitably desegregated and integrated. All school programs, activities, assignments, and rewards shall be conducted and extended pursuant to an affirmative inclusion policy which maximizes bi-racial pupil and staff participation." *See* Doc. 38, ¶ 15, p. 8.

In compliance with the general directives of the 1990 Consent Decree to remedy past discrimination and eliminate future discriminatory practices, HSD has adopted language in its

personnel policies in furtherance of the 1990 Consent Decree's directives. (*See* Ex. 1, Crossley Affidavit, at ¶ 12; Exhibit 4, Licensed Personnel Policies; and Exhibit 5, Classified Personnel Policies). Policy 3.19 governs licensed personnel employment and Policy 8.13 governs classified personnel employment; both policies state that the District "is an equal opportunity employer and shall not discriminate on the grounds of race, color, religion, national origin, sex, pregnancy, sexual orientation, gender identity, age, disability, or genetic information." (*See* Ex. 1, Crossley Affidavit, at ¶ 13; Ex. 4, Licensed Personnel Policy 3.19, p. 59; Ex. 5, Classified Personnel Policy 8.13, p. 59). The District adopted the Arkansas School Board Association's ("ASBA's") model personnel policies for certified and classified staff prior to the 2015-2016 school year; upon information and belief, similar language was included in previous iterations of the certified and classified personnel policies several years prior to 2015. (*See* Ex. 1, Crossley Affidavit, at ¶ 14; Ex. 4, Licensed Personnel Policy 3.19, p. 61; Ex. 5, Classified Personnel Policy 8.13, p. 61). The District's federal programs coordinator, Portia Jones (Black female), handles inquiries regarding non-discrimination. (*See* Ex. 1, Crossley Affidavit, at ¶ 15).

HSD's student handbooks also address equal educational opportunity in Policy 4.11. (*See* Ex. 1, Crossley Affidavit, ¶ 16; Exhibit 6, Hope High School ("HHS") Student Handbook, Student Policy 4.11, p. 22). The policy states that "no student in the [HSD] shall, on the grounds of race, color, religion, national origin, sex, sexual orientation, gender identity, age, or disability be excluded from participation in, or denied the benefits of, or subjected to discrimination under any educational program or activity sponsored by the District." (*See* Ex. 1, Crossley Affidavit, ¶ 17; Ex. 6, HHS Student Handbook, Student Policy 4.11, p. 22). This policy has been in place since at least *circa* 2015-2016, when the District adopted the ASBA model policies. (*See* Ex. 1, Crossley Affidavit, ¶ 18; Ex. 6, HHS Student Handbook, Student Policy 4.11, p. 22).

Since Superintendent Crossley's employment with the District began in 2021, to the best of his knowledge, the District has acted in good faith, has complied with the 1990 Consent Decree's general discrimination prohibitions, and – as shown in this Memorandum Brief's sections regarding specific areas of operation – has not engaged in any "policies, practices, customs or usages of racial discrimination in any of its school operations including, but not limited to, faculty assignments, student assignments, [or] the treatment of black and other minority pupils within the school system." (*See* Ex. 1, Crossley Affidavit, ¶ 19).

**D. Student Assignment**

The 1990 Decree directed HSD to "eliminate any student placement or assignment policy or practice of 'tracking' or 'assignment by ability grouping' by the beginning of the 1990-91 school year." *See* Doc. 38, pp. 6-7, ¶ 13. The 1990 Decree further stipulated that the District should "eliminate any student assignment or school involvement criteria which are tied to one's socioeconomic status." *Id*. at p. 7, ¶ 14.

Students enrolled in grades K-4 attend Clinton Primary School ("CPS"). (*See* Ex. 1, Crossley Affidavit, at ¶ 20). For the 2023-2024 school year, based on an enrollment count done on October 1, 2023, CPS enrolled 821 students, of which 365 students (44.5%) are Black.[2] (*Id*. at ¶ 21; Exhibit 2, 2023-2024 Enrollment Report). Class assignments are determined by the CPS administrative team, which consists of the principal, who is currently Ashlea Stewart (white female) and two assistant principals (both white females). (*See* Ex. 1, Crossley Affidavit, at ¶ 23). Principal Stewart reviews the student enrollment lists for each grade and divides students by gender and race in order to create classes that generally reflect the demographics of the entire

[2] The October 1, 2024 enrollment count shows that CPS enrolled 800 students for the 2024-2025 school year, of which 358 students (44.8%) are Black. (*See* Ex. 1, Crossley Affidavit, at ¶22; Exhibit 3, 2024-2025 Enrollment Report).

student body. (*Id*. at ¶ 24). Other considerations include, for example: previous teacher recommendations regarding the individual needs of each student; a student's 504 plan, IEP, or special education placement and which teachers have the SPED teacher push-in with them; and whether the student is learning English as a second language and which teachers are certified in ESL. (*Id*.). Students with special needs are an exception to this general approach; those students may be assigned without regard to race or gender if needed to allow for pull out time in compliance with inclusion laws. (*Id*. at ¶ 25).

Students enrolled in grades 5-8 attend either Beryl Henry Elementary School ("BHES"), Yerger Middle School ("YMS"), or Hope Academy of Public Service ("HAPS"). (*See* Ex. 1, Crossley Affidavit, at ¶ 26). BHES serves students in grades 5-6, YMS serves students in grades 7-8, and HAPS serves students in grades 5-8. (*Id*. at ¶ 27). At the Board's February 20, 2024 meeting, the District voted to consolidate these three campuses into two for the 2025-2026 school year; beginning next school year, all 5th-6th grade students will attend BHES, and all 7th-8th grade students will attend YMS. (*Id*. at ¶ 28). All HAPS staff will be reassigned to either BHES or YMS. (*Id*.). The District will continue to operate the HAPS program at BHES and YMS. (*Id*.).

The current assignment method for the campuses serving grades 5-8 is student choice via application to the particular magnet programs offered at each school. (*See* Ex. 1, Crossley Affidavit, at ¶ 29). Since the magnet program was implemented during the 2023-2024 school year, all student school selections have been honored, and every student was able to be placed at their first-choice school. (*Id*. at ¶ 30).

For the 2023-2024 school year, based on an enrollment count done on October 1, 2023, BHES enrolled 226 students, of which 124 students (54.9%) are Black.[3] (*See* Ex. 1, Crossley Affidavit, at ¶ 31; Exhibit 2, 2023-2024 Enrollment Report). Kedrick Jones (Black male) has served as principal at BHES since the 2023-2024 school year. (*See* Ex. 1, Crossley Affidavit, at ¶ 33). Each school year, Principal Jones develops a master schedule for the teaching staff by class period, and then students are assigned to those classes using e-School, a computer program administered by DESE for the purpose of tracking public school data and information. (*Id*. at ¶ 34). All homeroom classrooms are integrated, and assignments to both homerooms and individual classes are made on a non-discriminatory basis. (*Id*. at ¶ 35). Race is considered in determining class assignments in order to proportionally distribute (to the extent possible) students across all classes so that classes reflect the racial demographics of the student body as a whole (again, to the extent possible). (*Id*. at ¶ 36). At BHES, each grade level has only one teacher per content area. (*Id*. at ¶ 37). There are no advanced classes. (*Id*.). Students in sixth grade may choose elective classes (i.e., Band, Choir, Drama, EAST). (*See* Ex. 1, Crossley Affidavit, at ¶ 38). Race is only a factor in assigning students to elective classes if more students choose the elective than there are seats available. (*Id*.). In those rare cases, Principal Jones consults with the BHES Counselor, Christi Sullivan (white female) in order to ensure that classrooms are integrated while still honoring students' elective choices. (*Id*.).

Students enrolled in grades 7-8 attend Yerger Middle School ("YMS"). (*See* Ex. 1, Crossley Affidavit, at ¶ 39). For the 2023-2024 school year, based on an enrollment count done on

[3] The October 1, 2024 enrollment count shows that BHES enrolled 214 students for the 2024-2025 school year, of which 119 students (55.6%) are Black. (*See* Ex. 1, Crossley Affidavit, at ¶ 32; Ex. 3, 2024-2025 Enrollment Report).

October 1, 2023, YMS enrolled 191 students, of which 107 students (56.0%) are Black.[4] (*Id*. at ¶ 40; Ex. 2, 2023-2024 Enrollment Report). Class assignments are made by the principal and counselor. (*See* Ex. 1, Crossley Affidavit, at ¶ 42). For the 2023-2024 school year, Mike Radebaugh (White male) served as principal. (*Id*. at ¶ 43). The current principal is Carla Narlesky (White female). (*Id*. at ¶ 44). La Tonya Bradley (Black female) has served as the YMS counselor since 2022. (*Id*. at ¶ 45). YMS offers both regular and advanced classes for each of the four core subject areas: math, literacy, social studies, and science. (*Id*. at ¶ 46). YMS has one teacher per grade level per content area. (*See* Ex. 1, Crossley Affidavit, at ¶ 47). Regular and advanced class assignments are based on prior academic performance and student choice. (*Id*.). YMS also offers the following seven electives: boys' athletics, girls' athletics, band, EAST, flight and space, automation and robotics, design and modeling, medical detectives, and agriculture. (*Id*. at ¶ 48). Each student chooses two elective classes. (*Id*.). All classes are integrated. (*Id*. at ¶ 49).

For the 2023-2024 school year, based on an enrollment count done on October 1, 2023, HAPS enrolled 225 students, of which 61 students (27.1%) are Black.[5] (*See* Ex. 1, Crossley Affidavit, at ¶ 50; Ex. 2, 2023-2024 Enrollment Report). Marilyn Marks (Black female) is the current principal of HAPS. (*See* Ex. 1, Crossley Affidavit, at ¶ 52). Class assignments are made depending on each grade. (*Id*. at ¶ 53). Each grade offers four core classes. (*Id*.).

Students in 5th and 6th grades at HAPS do not get to choose elective classes. (*See* Ex. 1, Crossley Affidavit, at ¶ 54). The 7th and 8th grade students are given a choice sheet during the

---

[4] The October 1, 2024 enrollment count shows that YMS enrolled 191 students for the 2024-2025 school year, of which 99 students (51.8%) are Black. (*See* Ex. 1, Crossley Affidavit, at ¶ 41; Ex. 3, 2024-2025 Enrollment Report).
[5] The October 1, 2024 enrollment count shows that HAPS enrolled 217 students for the 2024-2025 school year, of which 62 students (28.6%) are Black. (*See* Ex. 1, Crossley Affidavit, at ¶ 51; Ex. 3, 2024-2025 Enrollment Report).

spring parent-teacher conferences. (*Id*.). Students choose the classes they want, and then they number their elective choices 1-3. (*Id*.). The student's parent must sign the choice sheet. (*Id*.). Each student has two elective class periods. (*Id*.). Principal Marks and the HAPS counselor and teachers then work collaboratively to make class schedules. (*Id*. at ¶ 55). They try to give each student his or her first-choice elective unless there is a capacity issue. (*Id*.). Test data is used when determining whether the student will be placed in a regular or advanced class, but any student can be assigned to a more difficult class upon parent request. (*Id*. at ¶ 56). There are some pre-AP classes for 7th grade, but the goal is to teach all classes on a pre-AP level. (*Id*. at ¶ 57). For 8th grade, HAPS also offers AP classes in core content and elective areas, i.e., Algebra I and Survey of Agriculture. (*Id*. at ¶ 58).

Students enrolled in grades 9-12 attend Hope High School ("HHS"). (*See* Ex. 1, Crossley Affidavit, at ¶ 59). For the 2023-2024 school year, HHS enrolled 610 students, of which 237 students (38.9%) were Black.[6] (*See* Ex. 1, Crossley Affidavit, at ¶ 60; Ex. 2, 2023-2024 Enrollment Report). Kimberly Dunham (Black female) has been principal of HHS since 2023-2024. (*See* Ex. 1, Crossley Affidavit, at ¶ 62). HHS also employs two assistant principals (one Black male and one Black female). (*Id*. at ¶ 63). The HHS leadership team and counselors work on student assignments. (*Id*. at ¶ 64). During the 2023-2024 school year, student assignments were determined by the principal, two assistant principals, two counselors, the instructional facilitator, and the dean of students. (*Id*.). Core class assignments are determined by a student's assignment to advanced placement or regular classes. (*Id*. at ¶ 65). HHS offers four core subject areas: math, language arts,

[6] The October 1, 2024 enrollment count shows that HHS enrolled 604 students for the 2024-2025 school year, of which 239 students (39.6%) are Black. (*See* Ex. 1, Crossley Affidavit, at ¶61; Ex. 3, 2024-2025 Enrollment Report).

science, and social studies. (*See* Ex. 1, Crossley Affidavit, at ¶ 66). Students then choose three electives for a total of seven classes. (*Id*.). HHS offers the following elective courses:

- EAST Lab 1, 2, 3;
- Academic Reading / ELL Academic Reading;
- Spanish I and Spanish II;
- Career and Technical Education ("CTE") courses;
- Computer courses, including Mobile Apps Development 1 and 2 and Robotics 1 and 2;
- Business management courses, including Survey of Business, Business Management, and Accounting I;
- Digital Cinema Productions I;
- Media Communications;
- Agriculture courses, including Survey of Agriculture, Agricultural Mechanics, Agricultural Metals, Agriculture Business Management, and Natural Resources;
- Family and Consumer Science ("FACS") courses, including FACS, Child Growth and Development, and Fashion and Interior Design;
- Driver's Education;
- Fine Arts courses, including Band I, II, and III; Jazz Band I, II, and III; Visual Art I, II, and III; Art I, II, and III; Vocal Music I, II, and III; and Music Theory.

(*Id*. at ¶ 67). Assignments to elective classes are based upon students' elective selections and available space in each elective course. (*Id*. at ¶ 68). All classes – core and elective – are integrated, and race and gender are considered only when necessary to ensure integrated classes. (*Id*. at ¶ 69).

HHS also offers a Collegiate Academy and concurrent classes through its partnership with the University of Arkansas – Hope-Texarkana ("UAHT"). (*See* Ex. 1, Crossley Affidavit, at ¶ 70).

The Collegiate Academy starts in 10th grade, and students are admitted based on a cut score set by the UAHT (*i.e.* a 19 on the ACT or equivalent). (*Id*. at ¶ 71). Students enrolled in the Collegiate Academy get high school credit for high school courses in 10th grade and concurrent high school and college credit during 11th-12th grades. (*Id*. at ¶ 72). The Collegiate Academy allows HHS students to graduate with both their high school diploma and an associate's degree. (*Id*. at ¶ 73). In addition to the Collegiate Academy, the Secondary Career Center, housed at UAHT, allows HHS students to work toward college career technical certifications in five different career pathways, including HVAC, Industrial Technology, Informational Technology, Medical Professions, and Welding. (*Id*. at ¶ 74).

Prior to the entry of the 1990 Consent Decree, HSD offered three different types of diplomas to graduating high school students. *See* Doc. 38, ¶ 13, p. 7. As part of the Decree, the District agreed to cease this practice and change to a one diploma system beginning with the freshman class of 1990-1991. (*Id*.). All graduating HHS students receive the same diploma, and Dr. Crossley's understanding is that this has been the District's practice for many years. (*See* Ex. 1, Crossley Affidavit, at ¶ 75). Honor graduates are recognized during graduation but do not receive a different diploma. (*Id*. at ¶ 76).

The Creative Action Team School ("CATS") is an alternative learning environment for students K-12. (*See* Ex. 1, Crossley Affidavit, at ¶ 77). Assignment to CATS is typically for periods of less than one school year. (*Id*. at ¶ 78). For the 2023-2024 school year, at the time of the enrollment count done on October 1, 2023, 50 students were assigned to CATS, of which 32 students (64.0%) were Black.[7] (*Id*. at ¶ 79). Eric Darden (Black male) was the CATS director for

[7] The October 1, 2024 enrollment count shows that CATS enrolled 52 students for the 2024-2025 school year, of which 30 students (57.7%) are Black. (*See* Ex. 1, Crossley Affidavit, at ¶ 80; Ex. 3, 2024-2025 Enrollment Report).

the 2023-2024 school year. (*Id*. at ¶ 81). Sandra Rhone (Black female) has been the director of CATS since the beginning of the 2024-2025 school year. (*Id*. at ¶ 82). Students may be assigned to CATS if they meet two of the following 12 markers, and parents may also request a referral to CATS:

- Personal or Family Problem/Situation
- Recurring Absenteeism
- Mental or physical health problems
- Frequent relocation of residency
- Abuse – physical, mental, and/or sexual
- Ongoing, Persistent Lack of Attaining Proficiency Levels in Literacy and/or Math
- Risk of dropout
- Disruptive behavior
- Inadequate emotional support
- Homelessness
- Pregnancy
- Student is a Single Parent

(*See* Ex. 1, Crossley Affidavit, at ¶ 83). There are two high school classes on the CATS campus, one middle school class, and one elementary class. (*See* Ex. 1, Crossley Affidavit, at ¶ 84). Class assignments are made based upon grade classification due to low enrollment. (*Id*.). Teachers are certified in all subjects. (*Id*.). The District also offers the HUB program for students in grades 9-12, which offers a flexible schedule. (*Id*. at ¶ 85).

**E. Faculty and Staff**

The 1990 Decree requires HSD to "develop and hereafter utilize objective, non-discriminatory, job-related employment criteria in the recruitment, selection, placement, promotion, pay, demotion, evaluation, and/or termination of school staff members." *See* Doc. 38, p. 3, ¶ 5. The Decree describes the objective of the District, with respect to staffing, as both to increase the numbers of Black staff and to "obtain a balanced faculty, which bears a reasonable relationship to the proportion of black pupils within the district." *Id*. The Decree also required HSD to "develop and maintain . . . a uniform salary schedule for certified personnel." *See* Doc. 38, p. 6, ¶ 12. As shown below, the District has operated in good faith and substantially complied with the staffing provisions of the 1990 Consent Decree.

**i. Hiring, Assignment, and Advancement**.

The 1990 Decree lists examples of objective criteria as certification, education, and previous teaching experience. *See* Doc. 38, p. 3, ¶ 5. Paragraph 9 of the 1990 Decree addresses advertisement of open positions and states that "[e]xcept in emergency situations, the defendants shall post conspicuous notices of all future employment vacancies in each school building office for a period of not less than fifteen (15) days prior to filling the vacancy." *Id*. at p. 4, ¶ 9. The 1990 Decree requires the contents of such posted notices to include "the title of the position, its duties and responsibilities, pay range, qualifications desired, and the date by which the position will be filled[, as well as] the objective and subjective employment criteria which must be met in order for an applicant to be selected." *Id*. at pp. 4-5, ¶ 9. Regarding promotions, the 1990 Decree states that the District shall "develop and implement hereafter a policy for promotion of employees which is fair to the incumbent staff, students, and other prospective qualified applicants." *See* Doc. 38, p. 3, ¶ 6.

When a position becomes vacant, HSD administration determines the need for the position based upon student enrollment. (*See* Ex. 1, Crossley Affidavit, ¶ 86). If the needs of the District require the position to be filled, the position is posted in each school building office. (*Id*. at ¶ 87). The District has substantially complied with the advertising provisions of the Decree but does wish to point out that many elements of the hiring process have changed substantially since the Decree was approved in 1990, most obviously due to use of the internet. (*Id*. at ¶ 88). HSD uses the District's website, Facebook page, and intra-District email in advertising and communicating open positions, in addition to physical posting. (*Id*. at ¶ 89). The position may also be posted online via the SchoolSpring and TalentEd portals. (*Id*. at ¶ 90).

The postings include all of the information required by the 1990 Consent Decree: the title of the position, its duties and responsibilities, pay range, qualifications desired, the date by which the position will be filled, and the objective employment criteria which must be met in order for an applicant to be selected. (*See* Ex. 1, Crossley Affidavit, ¶ 91). The pay range for all positions is determined by the District's salary schedule. (*Id*. at ¶ 92). Job descriptions are approved by the certified or classified personnel policies committees prior to creation of a position. (*Id*. at ¶ 93).

Both new hires and current employees seeking promotions are subject to the same application process. (*See* Ex. 1, Crossley Affidavit, at ¶ 94). After applications are collected, the supervisor for the open position creates a diverse committee for interviewing candidates. (*Id*. at ¶ 95). The District is also subject to hiring requirements imposed by the Arkansas Department of Education's ("ADE's") Division of Elementary and Secondary Education ("DESE"), including certification requirements for prospective employees and ethics standards for board members or administrators tasked with making hiring decisions. (*Id*. at ¶ 96). Confirmation of certification, education level, and reference checks are required before moving forward with the interview

process. (*Id*. at ¶ 97). The committee members draft interview questions and a scoring rubric, which are reviewed by the assistant superintendent prior to interviews. (*Id*. at ¶ 98). All applicants are asked the same interview questions. (*Id*. at ¶ 99). All interview committee members participate in all interviews and score all applicants. (*See* Ex. 1, Crossley Affidavit, at ¶ 100). The applicants are scored, and the highest scoring candidate is subject to secondary confirmation of his or her certification, education level, and references. (*Id.* at ¶101). The committee submits its recommended candidate to the superintendent and then to the school board for approval. (*Id*. at ¶ 102). The entire hiring process is supervised by one of the District's two assistant superintendents, both of which positions are currently held by Black females. (*Id*. at ¶ 103).

**ii. Racial Composition of Faculty**

The 1990 Decree states that the objective of the District should be to "obtain a balanced faculty, which bears a reasonable relationship to the proportion of black pupils within the district" and that "redress of any underrepresentation of black staff shall be an immediate priority of the district." *Id*. At the time the Complaint was filed in 1988, the Plaintiffs contended that HSD employed 14 administrators, only 2 of whom were Black. *See* Doc. 1, Complaint, ¶ 9, p. 6; Doc. 3, Answer, ¶ 9, p. 2. The Complaint named 19 Black faculty members and stated that those employees "constitute approximately one half of the District's black certified staff." *See* Doc. 1, Complaint, ¶ 10, p. 6. Finally, the 1990 Decree also addressed "non-administration positions (coaches, departmental heads, band directors, etc.)" and directed that those positions should also "be racially representative of the district's pupil population." *See* Doc. 38, p. 4, ¶ 7. At the time the Complaint was filed, the Plaintiffs stated that "virtually all of the specialty positions in the district [were] held by white teachers[, . . . ] include[ing], inter alia, head coach of the athletic teams (except for basketball which is an all-black sport in Hope), agriculture and home economics

teachers, department heads, band director, teachers of honors and gifted and talented classes, and department chairs." *See* Doc. 1, p. 6, ¶ 10.

During the 2023-2024 school year, HSD employed 188 certified employees, of which 66 (35.1%) were Black. (*See* Ex. 1, Crossley Affidavit, at ¶ 104). Of those employees, 15 held administrative positions, either at the District level, as a building principal, or as an assistant principal. Of those 15 administrators, eight (53.3%) are Black. (*Id*. at ¶ 106). As noted above, the District's student enrollment as of October 1, 2023 totaled 2,107, of which 916 (43.5%) were Black. (*Id*. at ¶ 10). The District has therefore both raised its numbers of Black administrators (from two *circa* 1988 to eight in 2023) and total Black certified staff (from approximately 38 in 1988 to 66 in 2023). (*Id*. at ¶ 107). The District has also achieved its objective to "obtain a balanced faculty" that bears a "reasonable relationship to the proportion of Black pupils" enrolled in the District. The District's total staff is 45.3% Black, and the District's percentage of Black certified staff (35.1%) is relatively close to its percentage of Black students (43.5%). (*Id*. at ¶ 108).

Specific certified staffing data for the 2023-2024 school year for the District as a whole, District-level positions, and each campus is included in the charts below. (*See* Ex. 1, Crossley Affidavit, at ¶ 108). CATS staff members are employed by the Dawson Education Service Co-operative, the regional educational cooperative that provides support to districts in southwest Arkansas. (*Id*. at ¶ 105).

| Hope School District (All employees) | | | | |
|---|---|---|---|---|
| **Employee Classification** | **Black** | **White** | **Other** | **Total** |
| Certified Staff | 66 (35.1%) | 115 (61.2%) | 7 (3.7%) | 188 |
| Non-Certified Staff | 77 (60.2%) | 51 (39.8%) | 0 (0%) | 128 |
| Total | 143 (45.3%) | 166 (52.5%) | 7 (2.2%) | 316 |

As shown in the tables below, the racial demographics for each classification at each campus was as follows:

| District Staff | | | | |
|---|---|---|---|---|
| **Employee Classification** | **Black** | **White** | **Other** | **Total** |
| Certified Staff | 3 (50%) | 3 (50%) | 0 (0%) | 6 |
| Non-Certified Staff | 23 (63.9%) | 13 (36.1%) | 0 (0%) | 36 |
| Total | 26 (61.9%) | 16 (38.1%) | 0 (0%) | 42 |

| Clinton Primary School | | | | |
|---|---|---|---|---|
| **Employee Classification** | **Black** | **White** | **Other** | **Total** |
| Certified Staff | 16 (20.5%) | 61 (78.2%) | 1 (1.3%) | 78 |
| Non-Certified Staff | 25 (50%) | 25 (50%) | 0 (0%) | 50 |
| Total | 41 (32.0%) | 86 (67.2%) | 1 (0.8%) | 128 |

| Beryl Henry Elementary School | | | | |
|---|---|---|---|---|
| **Employee Classification** | **Black** | **White** | **Other** | **Total** |
| Certified Staff | 13 (65%) | 7 (35%) | 0 (0%) | 20 |
| Non-Certified Staff | 8 (66.7%) | 4 (33.3%) | 0 (0%) | 12 |
| Total | 21 (65.6%) | 11 (34.4%) | 0 (0%) | 32 |

| Yerger Middle School | | | | |
|---|---|---|---|---|
| **Employee Classification** | **Black** | **White** | **Other** | **Total** |
| Certified Staff | 16 (72.7%) | 5 (22.7%) | 1 (4.5%) | 22 |
| Non-Certified Staff | 7 (70%) | 3 (30%) | 0 (0%) | 10 |
| Total | 23 (71.9%) | 8 (25%) | 1 (3.1%) | 32 |

| Hope Academy of Public Service | | | | |
|---|---|---|---|---|
| **Employee Classification** | **Black** | **White** | **Other** | **Total** |
| Certified Staff | 4 (22.2%) | 13 (72.2%) | 1 (5.5%) | 18 |
| Non-Certified Staff | 5 (71.4%) | 2 (28.6%) | 0 (0%) | 7 |
| Total | 9 (36%) | 15 (60%) | 1 (4%) | 25 |

| Hope High School | | | | |
|---|---|---|---|---|
| **Employee Classification** | **Black** | **White** | **Other** | **Total** |
| Certified Staff | 14 (31.8%) | 26 (59.1%) | 4 (9.1%) | 44 |
| Non-Certified Staff | 9 (69.2%) | 4 (30.8%) | 0 (0%) | 13 |
| Total | 23 (40.4%) | 30 (52.7%) | 4 (7.0%) | 57 |

(*Id*. at ¶ 109). With respect to what the Complaint describes as "specialty positions," HSD notes that for the 2023-2024 school year, it employed the following persons:

| Staff Assigned to Specialty Positions | | | | |
|---|---|---|---|---|
| **Position** | **Black** | **White** | **Other** | **Total** |
| Band Director | 0 (0%) | 5 (100%) | 0 (0%) | 5 |
| Coaches | 12 (63.2%) | 7 (36.8%) | 0 (0%) | 19 |
| Instructional Facilitators | 2 (28.6%) | 4 (57.1%) | 1 (14.3%) | 7 |
| Agriculture Teachers | 0 (0%) | 3 (100%) | 0 (0%) | 3 |
| Home Economics Teachers | 1 (50%) | 1 (50%) | 0 (0%) | 2 |
| Teachers of Honors and Gifted and Talented Classes | 2 (66.7%) | 1 (33.3%) | 0 (0%) | 3 |

(*Id*. at ¶ 110). HSD does not have "department head" or "department chair" positions. (*Id*. at ¶ 111).

**iii. Distribution of Black Staff**

The 1990 Decree further directs HSD to "develop and implement plans for increasing the proportion of black staff at all levels and in all employment categories so that it may be determined that no positions within the district are reserved or preferred for one race or the other." *See* Doc.

38, p. 3, ¶ 5. Paragraph 8 of the 1990 Decree requires the District to "take special steps to [e]nsure that black staff members are distributed throughout all courses and programs of the system." *Id*. at p. 4, ¶ 8. The District was directed to "invite applications for vacancies and compile a list of persons from within the system who are deemed qualified and interested in placement therein[, . . . to] use that list, with appropriate periodic updating, in filling specialty vacancies[, and to give] [s]pecial consideration . . . for future promotions to those qualified staff plaintiffs who reapply and who demonstrate that they have been passed over for promotion(s)." *See* Doc. 38, p. 4, ¶ 7.

As described above, the District has equal employment opportunity policies, uses diverse committees for hiring, and has increased its employment of Black administrators, teachers, and specialty positions since entry of the 1990 Consent Decree. (*See* Ex. 1, Crossley Affidavit, at ¶ 112). Dr. Crossley attested in his affidavit that race is not a consideration in hiring, whether the applicant is new to the District or being promoted from within. (*Id*. at ¶ 113). Dr. Crossley further specifically attested that no positions in the District are "reserved or preferred for one race or the other." (*Id*. at ¶ 114). Upon information and belief, only one of the staff plaintiffs who filed the original Complaint remains employed with the District. (*Id*. at ¶ 115). On further information and belief, the District has made significant efforts over the last 10-20 years to increase Black staff, including but not limited to by offering recruitment and retention bonuses to minority employees and attending job fairs across the southwest and central Arkansas regions. (*Id*. at ¶ 116). Additionally, since the 2022-2023 school year, the District has administered an Aspiring Leaders program for employees who are not currently administrators but want to move into administrative positions. (*Id*. at ¶ 117). The Aspiring Leaders cohorts meet monthly over a two-year period, receive mentoring from District administrators, and engage in exercises such as mock interviews with district administration. (*See* Ex. 1, Crossley Affidavit, at ¶ 118). Employees who complete

the Aspiring Leaders program are given preferential treatment to interview for open administrative positions and receive a $1000 stipend each year of the program. (*Id*.). The 2022-2024 cohort included five employees, of whom four are Black and one is Hispanic. (*Id*. at ¶ 119). The 2024-2026 cohort includes three employees, two of whom are Black and one of whom is white. (*Id*. at ¶ 120).

**iv. Salary Schedule**

Paragraph 12 of the 1990 Consent Decree required the District to "develop and maintain hereafter a uniform salary schedule for certified personnel at all levels and for 'specialty personnel." *See* Doc. 38, p. 6, ¶ 12. The salary schedule was to be developed in accordance with criteria approved by the ADE. *Id*.

The District's certified salary schedule for the 2024-2025 school year is included in the Licensed Personnel Policies at Policy 3.1. (*See* Ex. 1, Crossley Affidavit, at ¶ 121; Ex. 4, Licensed Personnel Policies, p. 11). HSD's salary schedule is based on years of experience and level of education. (*Id*. at ¶ 122). HSD altered the individual steps on the salary schedule following passage of the LEARNS Act of 2023, which established a minimum annual teacher salary of $50,000.00. (*Id*.). Certified employees with additional duties and responsibilities may also receive a stipend or have their salary multiplied by the index associated with their position. (*Id*.).

**v. Favoritism**

The 1990 Decree prohibited the District from giving "favor for employment or other benefits of the school system to any persons because of their relationship to school officials, their prominence or lack of prominence within the community, or their relations with either." *See* Doc. 38, p. 9, ¶ 20. The District does not give favor for "employment or other benefits" to any employee or other individual. (*See* Ex. 1, Crossley Affidavit, at ¶ 123). The District's hiring policies, as

described above, require objective hiring criteria, such as certification, education, and previous teaching experience, and the usage of diverse hiring committees also works to prohibit favoritism, whether explicit or implied, for persons considered "prominent" in the community or those who have relationships with school officials. (*Id*. at ¶ 124). Additionally, HSD, its board members, its administrators, and its staff are subject to the ADE's Rules and Regulations Governing Ethical Guidelines and Prohibitions for Educational Administrators, Employees, Board Members, and Other Parties, which were last updated in 2016. (*Id*. at ¶ 125; *see also*, Exhibit 7, the "Ethical Guidelines"). The Ethical Guidelines prohibit all board members, administrators, and employees from "knowingly" using or attempting to use his or her official position "to secure unwarranted privileges or exemptions for himself or others." (*See* Ex. 1, Crossley Affidavit, at ¶ 126; *see also*, Ex. 7, Ethical Guidelines at § 5.01). The Ethical Guidelines include specific protocols to prevent conflicts of interest, or the appearance of a conflict, such as preventing board members' or administrators' family members from being hired by the District unless special circumstances are involved and then only if the board member or administrator is excluded from the hiring process or vote to approve the hire. (*See* Ex. 1, Crossley Affidavit, at ¶ 127; *see also*, Ex. 7, Ethical Guidelines). In some instances, after the board approves an individual for hire, the Ethical Guidelines require further approval by the Secretary of Education to ensure that the hiring is not due to favoritism. (*See* Ex. 1, Crossley Affidavit, at ¶ 128; *see also*, Ex. 7, Ethical Guidelines).

**vi. Grievance Procedures**

The District agreed to develop a grievance procedure "for complaints regarding any in-school or other perceived mistreatment of staff . . . due to race, color, or this agreement." *See* Doc. 38, p. 9, ¶ 19. The grievance policy for certified staff is set forth in Policy 3.25 of the Licensed Personnel Policies. (*See* Ex. 1, Crossley Affidavit, at ¶ 129; Ex. 4, Licensed Personnel Policies, p.

71). The certified policy has been in place since May 17, 1993. (*Id*.). The grievance policy for classified staff is set forth in Policy 8.19 of the Classified Personnel Policies. (*Id*. at ¶ 130; Ex. 5, Classified Personnel Policies, p. 78). The classified policy has been in place since at least June 15, 2015. (*Id*.).

For the reasons stated above, the District believes it has substantially complied with the provisions of the 1990 Consent Decree regarding staffing.

**F. Extracurricular Activities**

The 1990 Consent Decree required the District to "eliminate any student assignment or school involvement criteria which are tied to one's socio-economic status," specifically by desegregating and integrating "gifted and talented classes, advanced placement classes, the cheerleaders, basketball teams, Beta type clubs, and referrals to Governor's school." *See* Doc. 38, pp. 7-8, ¶ 14. The Decree specifically noted that it did not require a quota system in any of these areas or activities. *See* Doc. 38, p. 8, ¶ 14.

HSD offers various athletic and extracurricular activities for students in grades 7-12, including but not limited to band, baseball, basketball, Beta club, cheerleading, cross country, e-sports, football, Future Business Leaders of America, Future Family, Career, and Community Leaders of America, Future Farmers of America, golf, National Honor Society, power lifting, robotics, soccer, softball, Spanish club, student council, tennis, track, volleyball, and weightlifting. (*See* Ex. 1, Crossley Affidavit, at ¶ 131). Participation in these activities is determined by the number of students interested and, where applicable, eligibility as determined by the Arkansas Activities Association ("AAA"). (*Id*. at ¶ 132). Race is not a factor in the selection processes. (*Id*.). Participation in HSD clubs, extracurricular activities, and athletics are not tied to a student's socio-economic status. (*Id*.). Tryouts are held for every sport except softball. (*Id*.). All students interested

in basketball, cross country, and soccer make those respective teams. (*Id*.). Varsity and Junior Varsity assignments are made based on both talent and grade level. (*See* Ex. 1, Crossley Affidavit, at ¶ 132). Cheerleading tryouts are held, and the cheerleading coach and three paid, independent judges score each student based on a rubric. (*Id*. at ¶ 133). The top 20-23 students make the cheerleading squad. (*Id*.). Cheerleaders are assigned to either the competition squad or pep squad based on ability. (*Id*.). Any student who signs up for band class becomes a member of the band. (*Id*. at ¶ 134). HSD applies the membership criteria set by the national Beta Club and National Honor Society in selecting students for those clubs. (*Id*. at ¶ 135).

Students are selected for the homecoming court by majority vote of the senior football players. (*See* Ex. 1, Crossley Affidavit, at ¶ 136). All students' points are tallied, the top 11 students are named to the homecoming court, and the student with the most points is the homecoming queen. (*Id*.).

Students interested in Boys' State, Girls' State, and Governor's School must apply by notifying the HHS counselor. (*Id*. at ¶ 137). Students who apply are then selected for Boys' State, Girls' State, and Governor's School based upon the student's grade point average, attendance, class rank, and interest in government or civics; race is not considered. (*Id*.).

Kenneth Stewart (Black male) is the District's GT Coordinator. (*See* Ex. 1, Crossley Affidavit, at ¶ 138). Third through sixth grade students are selected for the gifted and talented program after nominations are made by teachers and parents. (*Id*. at ¶ 139). Nominated students are tested, and a committee made up of Mr. Stewart and staff members from every campus determines which students will participate in the program. (*Id*.). Selections are blind. (*Id*.). Neither race nor gender are considered in determining placement in the program. (*Id*.). Students not selected for gifted and talented in one grade can test again for the next year. (*Id*.). K-2 students

also receive enrichment through gifted and talented lessons. (*See* Ex. 1, Crossley Affidavit, at ¶ 140).

**G. Student Discipline**

The 1990 Consent Decree required HSD to "establish and implement discipline policies which do not adversely and disparately impact in practice and implementation upon black pupils." *See* Doc. 38, ¶ 16, p. 8. The Decree defines "discipline" as "inclusive of any adverse consequence imposed by the district upon a student." *Id*. Additionally, the Decree required the District to "keep appropriate records regarding all student discipline." *Id*. Finally, the District agreed to "initiate an in-service training program in order to enhance the capacity and effectiveness of teachers in the handling and teaching of children from differing racial and socio-economic backgrounds, and in order to promote understanding of the expectations of an equitable, fully integrated school system." *See* Doc. 38, ¶ 17, p. 9.

The District has adopted comprehensive student policies developed by the ASBA. (*See* Ex. 1, Crossley Affidavit, at ¶ 141; Ex. 6, HHS Student Handbook). Policy 4.17 governs student discipline. (*See* Ex. 1, Crossley Affidavit, at ¶ 142; Ex. 6, HHS Student Handbook, p. 28). Policy 4.18 sets forth specific prohibited conduct. (*Id*.; Ex. 6, HHS Student Handbook, p. 30). Policy 4.30 covers student suspensions, and Policy 4.31 governs student expulsions. (*Id*.; Ex. 6, HHS Student Handbook, pp. 40-43). Additionally, the District also has specific policies covering the following: student conduct while traveling to and from school or a school activity (Policy 4.19), disruption of school (Policy 4.20), student assault or battery (Policy 4.21), weapons and dangerous instruments (Policy 4.22), tobacco and tobacco products (Policy 4.23), drugs and alcohol (Policy 4.24), and gangs and gang activity (Policy 4.26), among others. (*Id*.; Ex. 6, HHS Student Handbook, pp. 33-37). The discipline policies apply equally to all students, regardless of race. (*Id*. at ¶ 143). The

District's handbook committees are comprised of school employees, parents, and students, which give parents and students the opportunity to discuss revisions to current discipline policies. (*Id*. at ¶ 144).

The District keeps records of student disciplinary actions in each individual student's e-School record, as required by DESE. (*See* Ex. 1, Crossley Affidavit, at ¶ 145). For purposes of this motion, the District has also compiled all instances of discipline incidents (*i.e.* the infraction involved). (*Id*. at ¶ 146; *see also*, Exhibit 8, Discipline Incidents by Grade/Race/Sex). During the 2023-2024 school year, the District noted 3,589 disciplinary events, as shown in the attached Exhibit 8 and the condensed table below. (*Id*. at ¶ 147; *see also*, Ex. 8, Discipline Incidents by Grade/Race/Sex). It is important to note that one individual student may be responsible for multiple disciplinary infractions, which impacts the percentage of infractions attributed to each race; however, DESE requires reporting by infraction, not by individual student, and therefore that is how the District currently keeps aggregate discipline data. (*Id*. at ¶ 148).

| **Total Disciplinary Incidents 2023-2024 School Year** | | | | |
|---|---|---|---|---|
| School | Black Student Enrollment | # of Discipline Incidents Involving Black Students | # of Discipline Incidents Involving Non-Black Students | Total # of Discipline Incidents |
| Clinton Primary School | 365 (44.5%) | 657 (69.2%) | 293 (30.8%) | 950 |
| Beryl Henry Elementary | 124 (54.9%) | 521 (71.2%) | 211 (28.8%) | 732 |
| Hope Academy of Public Service | 61 (27.1%) | 32 (26.2%) | 90 (73.8%) | 122 |
| Yerger Middle School | 107 (56%) | 289 (69.1%) | 129 (30.9%) | 418 |
| Hope High School | 237 (38.9%) | 782 (57.2%) | 585 | 1367 |
| Totals | 894 | 2,281 | 1,308 | 3,589[8] |

Potential results following a student's commission of an infraction such as those described in Exhibit 8, Discipline Incidents by Grade/Race/Sex, may include: corrective action steps (such as counseling), after school detention, corporal punishment, detention, in-school suspension, out-of-school suspension, expulsion, or, if the infraction occurs on a school bus, a bus suspension. (*See*

[8] The data compiled by incident shows a total of 3,589 disciplinary incidents during the 2023-2024 school year. (*See* Ex. 8, Discipline Incidents by Grade/Race/Sex). The data compiled by consequence assigned shows 3,781 disciplinary incidents. (*See* Exhibit 9, Discipline Action Totals By Race/Sex). The two reports show counts of 950 and 954 incidents at CPS and 732 and 735 incidents at BHES, only slight variances. Both reports show 122 incidents at HAPS and 418 incidents at YMS. The Discipline Demographics Report shows 1367 incidents for HHS, and the Action Totals report shows 1552 incidents, a difference of 185. The variance in reporting from HHS is likely due to improper coding, and the District has provided both reports for the sake of transparency.

Ex. 1, Crossley Affidavit, ¶ 149). Corrective actions are not considered discipline and are not documented as such. (*Id.*) During the 2023-2024 school year, the District noted 3,781 disciplinary actions. (*Id.* at ¶ 150; *see also*, Exhibit 9, Discipline Action Totals By Race/Sex).

| | **Student Race and Gender** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Black | | White | | Hispanic | | Two or More Races | | Total |
| **Discipline Action Assigned** | Male | Female | Male | Female | Male | Female | Male | Female | |
| *After School Detention* | | | | | | | | | |
| -Clinton Primary School | 1 (50%) | 1 (50%) | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| -Beryl Henry Elementary | 0 | 0 | 0 | 0 | 1 (100%) | 0 | 0 | 0 | 1 |
| -Yerger Middle School | Not applicable | | | | | | | | |
| -Hope Academy of Public Service | 7 (20%) | 1 (2.9%) | 7 (20.0%) | 2 (5.7%) | 12 (34.3%) | 5 (14.3%) | 1 (2.9%) | 0 (0%) | 35 |
| -Hope High School | 151 (27.1%) | 110 (19.7%) | 40 (7.2%) | 40 (7.2%) | 122 (21.9%) | 81 (14.5%) | 8 (1.4%) | 2 (0.4%) | 558 |
| 4 Asian females | | | | | | | | | |
| *Bus Suspension* | | | | | | | | | |
| -Clinton Primary School | 68 (38.2%) | 39 (21.9%) | 28 (15.7%) | 14 (7.9%) | 23 (12.9%) | 2 (1.1%) | 3 (1.7%) | 1 (0.6%) | 178 |
| -Beryl Henry Elementary | 9 (20%) | 21 (46.7%) | 6 (13.3%) | 0 (0%) | 7 (15.6%) | 0 (0%) | 2 (4.4%) | 0 (0%) | 45 |
| -Yerger Middle School | 2 (33.3%) | 2 (33.3%) | 0 (0%) | 1 (16.7%) | 0 (0%) | 0 (0%) | 0 (0%) | 1 (16.7%) | 6 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| -Hope Academy of Public Service | 0 (0%) | 1 (50%) | 0 (0%) | 0 (0%) | 1 (50%) | 0 (0%) | 0 (0%) | 0 (0%) | 2 |
| -Hope High School | 1 (20%) | 1 (20%) | 1 (20%) | 0 (0%) | 2 (40%) | 0 (0%) | 0 (0%) | 0 (0%) | 5 |
| *Corporal Punishment* | | | | | | | | | |
| -Clinton Primary School | 12 (37.5%) | 8 (25%) | 7 (21.9%) | 1 (3.1%) | 3 (9.4%) | 0 (0%) | 1 (3.1%) | 0 | 32 |
| -Beryl Henry Elementary | 0 | 0 | 2 (100%) | 0 | 0 | 0 | 0 | 0 | 2 |
| -Yerger Middle School | Not applicable | | | | | | | | |
| -Hope Academy of Public Service | Not applicable | | | | | | | | |
| -Hope High School | Not applicable | | | | | | | | |
| *Detention* | | | | | | | | | |
| -Clinton Primary School | Not applicable | | | | | | | | |
| -Beryl Henry Elementary | 29 (61.7%) | 6 (12.8%) | 2 (4.3%) | 1 (2.1%) | 7 (14.9%) | 0 (0%) | 2 (4.3%) | 0 (0%) | 47 |
| -Yerger Middle School | Not applicable | | | | | | | | |
| -Hope Academy of Public Service | Not applicable | | | | | | | | |
| -Hope High School | 5 (41.7%) | 2 (16.7%) | 2 (16.7%) | 2 (16.7%) | 0 (0%) | 1 (8.3%) | 0 (0%) | 0 (0%) | 12 |
| *In-School Suspension* | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| -Clinton Primary School | 138 (51.9%) | 67 (25.2% | 23 (8.6%) | 6 (2.3%) | 19 (7.1%) | 0 (0%) | 11 (4.1%) | 2 (0.8%) | 266 |
| -Beryl Henry Elementary | 123 (53.9%) | 43 (18.9%) | 20 (8.8%) | 7 (3.1%) | 23 (10.1%) | 6 (2.6%) | 5 (2.2%) | 1 (0.4%) | 228 |
| -Yerger Middle School | Not applicable | | | | | | | | |
| -Hope Academy of Public Service | Not applicable | | | | | | | | |
| -Hope High School | 202 (40.2%) | 121 (24.1%) | 41 (8.2%) | 14 (2.8%) | 82 (16.3%) | 36 (7.2%) | 5 (1%) | 1 (0.2%) | 502 |
| *No Action* | | | | | | | | | |
| -Hope High School | 1 (100%) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| *Other* | | | | | | | | | |
| -Clinton Primary School | 39 (68.4%) | 7 (12.3%) | 5 (8.8%) | 1 (1.8%) | 1 (1.8%) | 3 (5.3%) | 1 (1.8%) | 0 (0%) | 57 |
| -Beryl Henry Elementary | 8 (50%) | 4 (25%) | 1 (6.3%) | 0 (0%) | 3 (18.8%) | 0 (0%) | 0 (0%) | 0 (0%) | 16 |
| -Yerger Middle School | 0 (0%) | 0 (0%) | 1 (33.3%) | 0 (0%) | 2 (66.7%) | 0 (0%) | 0 (0%) | 0 (0%) | 3 |
| -Hope Academy of Public Service | Not applicable | | | | | | | | |
| -Hope High School | Not applicable | | | | | | | | |
| *Out-of-School Suspension* | | | | | | | | | |
| -Clinton Primary School | 66 (56.9%) | 34 (29.3%) | 6 (5.2%) | 1 (0.9%) | 6 (5.2%) | 0 (0%) | 3 (2.6%) | 0 (0%) | 116 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| -Beryl Henry Elementary | 155 (50.3%) | 68 (22.1%) | 21 (6.8%) | 4 (1.3%) | 38 (12.3%) | 9 (2.9%) | 10 (3.2%) | 3 (1%) | 308 |
| -Yerger Middle School | 71 (44.1%) | 32 (19.9%) | 7 (4.3%) | 8 (5%) | 36 (22.4%) | 4 (2.5%) | 0 (0%) | 3 (1.9%) | 161 |
| -Hope Academy of Public Service | 5 (6%) | 17 (20.5%) | 22 (26.5%) | 13 (15.7%) | 20 (24.1%) | 4 (4.8%) | 2 (2.4%) | 0 (0%) | 83 |
| -Hope High School | 30 (53.6%) | 15 (26.8%) | 7 (12.5%) | 0 (0%) | 3 (5.4%) | 1 (1.8%) | 0 (0%) | 0 (0%) | 56 |
| *Parent / Guardian conference* | | | | | | | | | |
| -Clinton Primary School | 82 (42.1%) | 40 (20.5%) | 24 (12.3%) | 5 (2.6%) | 29 (14.9%) | 5 (2.6%) | 7 (3.6%) | 3 (1.5%) | 195 |
| -Beryl Henry Elementary | 20 (39.2%) | 14 (27.5%) | 6 (11.8%) | 1 (2%) | 6 (11.8%) | 4 (7.8%) | 0 (0%) | 0 (0%) | 51 |
| -Yerger Middle School | 2 (66.7%) | 1 (33.3%) | 0 (0%) | 0 (0%) | 0 (0%) | 0 (0%) | 0 (0%) | 0 (0%) | 3 |
| -Hope Academy of Public Service | 0 (0%) | 1 (50%) | 0 (0%) | 0 (0%) | 0 (0%) | 1 (50%) | 0 (0%) | 0 (0%) | 2 |
| -Hope High School | 1 (11.1%) | 4 44.4%) | 2 (22.2%) | 1 (11.1%) | 1 (11.1%) | 0 (0%) | 0 (0%) | 0 (0%) | 9 |
| *Saturday School* | | | | | | | | | |
| -Yerger Middle School | 133 (56.6%) | 40 (17%) | 19 (8.1%) | 5 (2.1%) | 26 (11.1%) | 9 (3.8%) | 0 (0%) | 3 (1.3%) | 235 |
| -Hope High School | 174 (45.5%) | 76 (19.9%) | 44 (11.5%) | 17 (4.5%) | 55 (14.4%) | 15 (3.9%) | 1 (0.3%) | 0 (0%) | 382 |
| *Warning* | | | | | | | | | |
| -Clinton Primary School | 36 (33.3%) | 22 (20.4%) | 20 (18.5%) | 12 (11.1%) | 10 (9.3%) | 2 (1.9%) | 4 (3.7%) | 2 (1.9%) | 108 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| -Beryl Henry Elementary | 15 (40.5%) | 8 (21.6%) | 7 (18.9%) | 0 (0%) | 4 (10.8%) | 0 (0%) | 3 (8.1%) | 0 (0%) | 37 |
| -Yerger Middle School | 5 (50%) | 1 (10%) | 0 (0%) | 1 (10%) | 2 (20%) | 1 (10%) | 0 (0%) | 0 (0%) | 10 |
| -Hope Academy of Public Service | Not applicable | | | | | | | | |
| -Hope High School<br>- 1 Asian female | 5 (18.5%) | 7 (25.9%) | 2 (7.4%) | 3 (11.1%) | 5 (18.5%) | 4 (14.8%) | 0 (0%) | 0 (0%) | 27 |
| *Totals* | | | | | | | | | |
| -Clinton Primary School | 442 (46.3%) | 218 (22.9%) | 113 (11.8%) | 40 (4.2%) | 91 (9.5%) | 12 (1.3%) | 30 (3.1%) | 8 (0.8%) | 954 |
| -Beryl Henry Elementary | 359 (48.8%) | 164 (22.3%) | 65 (8.8%) | 13 (1.8%) | 89 (12.1%) | 19 (2.6%) | 22 (3%) | 4 (0.5%) | 735 |
| -Yerger Middle School | 213 (51%) | 76 (18.2%) | 27 (6.5%) | 15 (3.6%) | 66 (15.8%) | 14 (3.3%) | 0 (0%) | 7 (1.7%) | 418 |
| -Hope Academy of Public Service | 12 (9.8%) | 20 (16.4%) | 29 (23.8%) | 15 (12.3%) | 33 (27%) | 10 (8.2%) | 3 (2.5%) | 0 (0%) | 122 |
| -Hope High School | 570 (36.7%) | 336 (21.6%) | 139 (9%) | 77 (5%) | 270 (17.4%) | 138 (8.9%) | 14 (0.9%) | 3 (0.2%) | 1552 |
| *Total* | 1596 (42.2%) | 814 21.5%) | 373 (9.9%) | 160 (4.2%) | 549 (14.5%) | 193 (5.1%) | 69 (1.8%) | 22 (0.6%) | 3781 |
| *Total by Race* | 2410 (63.7%) | | 533 (14.1%) | | 742 (19.6%) | | 91 (2.4%) | | 3781 |

During the 2023-2024 school year, Black students accounted for 493 of the 724 (68.1%) out-of-school suspensions. (*See* Ex. 1, Crossley Affidavit, ¶ 151; Ex. 9, Discipline Action Totals By Race/Sex).

As noted above, the District's Black student population during the 2023-2024 school year was 43.5%. (*See* Ex. 1, Crossley Affidavit, ¶ 10). As shown in the charts included in Dr. Crossley's Affidavit, Black students accounted for 63.7% of all disciplinary events. (*Id.* at ¶ 152). While the District concedes that the discipline percentage for Black students is higher than the percentage of Black enrollment, it continues to maintain that this is not due to discriminatory treatment. (*Id.* at ¶ 153). As noted above, all students are subject to the same policies, regardless of race. (*Id.* at ¶ 154). It is also important to note that, due to the way the District reports disciplinary data (i.e., by incident rather than by student), individual students may account for multiple disciplinary actions, which could artificially inflate the percentages. (*Id.* at ¶ 155).

The District ensures that all employees attend all state-mandated trainings regarding student discipline. (*See* Ex. 1, Crossley Affidavit, ¶ 156). Teacher in-services are held multiple times throughout each school year regarding various student discipline topics, including teaching children from differing racial and socio-economic backgrounds. (*Id.* at ¶ 157). In addition to all training previously held and future required training, the District has also contracted with Capturing Kids' Hearts ("CKH") to provide all HSD staff members with training between the 2024-2025 and 2025-2026 school years. (*Id.* at ¶ 158). CKH provides experiential training, expert coaching, and character-based curriculum focused on social-emotional wellbeing, relationship-driven campus culture, and student connectedness. (*Id.* at ¶ 159).

For the reasons stated above, the District believes it has substantially complied with the 1990 Consent Decree's provisions regarding student discipline.

**H. Reporting and Monitoring**

The 1990 Consent Decree required the District to make "annual reports of their progress" regarding the terms and conditions of the Decree, with the reports to be delivered to counsel for

the plaintiffs on or before December 15 for three years, in 1990, 1991, and 1992. *See* Doc. 38, ¶ 21. Superintendent Crossley does not have knowledge of these particular reports but assumes that they were either timely submitted or resolved following the contempt proceedings that ended in 1999. (*See* Ex. 1, Crossley Affidavit, ¶ 160).

## IV. CONCLUSION

For the reasons set forth herein and in the accompanying motion, the Defendant, Hope School District No. 1A, prays that the Court issue an order finding the District unitary in all areas except implementation of its magnet program.

Respectfully submitted,

Whitney F. Moore (Ark. Bar No. 2009193)
WHITNEY F. MOORE, P.A.
23 Huntington Road
Little Rock, Arkansas 72227
Telephone: (870) 818-5490
Email: whitney@aprobertslaw.com

*Attorney for Hope School District*