IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROSIE L. DAVIS, ET AL. PLAINTIFFS

VS. CASE NO. 4:88-CV-04082

WILLIAM DALE FRANKS, ET AL. DEFENDANTS

PLAINTIFFS' RESPONSE TO THE DEFENDANT'S
MOTION FOR PARIAL UNITARY STATUS

Come the plaintiffs Rosie L Daivs, et al., by and through their attorneys **Austin Porter Jr., d/b/a PORTER LAW FIRM,** and **Shawn G. Childs, Walker and Childs, PLLC**, and for their response to the defendant's motion for partial unitary status, they state the following:

1. The plaintiffs admit the averments as stated in ¶ 1 of the defendant's motion.

2. The plaintiffs admit the averments as stated in ¶ 2 of the defendant's motion.

3. The plaintiffs admit the averments as stated in ¶ 3 of the defendant's motion.

4. The plaintiffs deny the averments as stated in ¶ 4 of the defendant's motion.

5. The plaintiffs state that the evidence clearly demonstrates that the defendant has not complied in good faith with the 1990 Consent Decree, and that a hearing is really not necessary as alleged in ¶ 5. However, should the Court direct that a hearing is needed, counsel for the plaintiff will attend and challenge the defendant's contention that it has exercised good faith in attempting to comply in good faith with the 1990 Consent Decree.

THEREFORE, the plaintiffs request that the defendant's motion for partial unitary status be denied, and for all other just and proper relief.

Respectfully submitted,

Austin Porter Jr.
Austin Porter Jr., No. 86145

PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
Email: Aporte5640@aol.com

Austin Porter Jr.
Austin Porter Jr.

and

Shawn G. Childs
Walker and Childs, PLLC
1815 S. State Street
Little Rock, Arkansas 72206

Attorney for Plaintiff

CERTIFICATE OF SERVICE

I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Western District of Arkansas-Texarkana Division, on this 20th day of March 2025, using the CM/ECF system, which is designed to send notification of such filing to the following:

Whitney F. Moore
Attorney at Law
23 Huntington Road
Little Rock, Arkansas 72227

Attorney for Defendant

Austin Porter Jr.
Austin Porter Jr.